UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETT DIVISION

JAMES LARKIN
Plaintiff

V

SGT BRADFORD, et al.
Defendants

Case NO. 4:18-CV-00065-JVB-JEM

-FILED-
AUG 13 2020
At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## PLAINTIFFS MOTION FOR SUMMARY JUDGMENT

I James Larkin, a pro se plaintiff, Respectfully request that Summary Judgment be granted for the following.

1. On 4/10/18 Plaintiff, James Larkin was repeatedly O.C. pepper sprayed while Locked in his cell A7-106 at Westville control unit in Westville Corr. Facility.

2. After being O.C. pepper sprayed the Defendants enter plaintiffs cell A7-106 an physically beat plaintiff while being held down an in Cuffs

3. Plaintiff Filed for Production of Documents in 6/2020 Defendants Failed to Produce the complete video & All the photos.

1. on 4/10/18 I was repeatedly pepper sprayed by Defendant Ekins while Locked in my cell A7-106 at Westville Corr. Facility's seg. unit Westville Control unit. I want it to be understood that westville control unit is a state wide Long term segregation unit, on the morning of 4/10/18 Defendants had taken plaintiff Larkins property out of his cell in A7-106 with Plaintiff Larkin Already in a segregation unit an with nothing the proper thing to do was a conduct Report. Defendant Ekins pepper sprayed me 3 times while I was in an empty cell an No threat to anyone.

2. From the time the defendants steped into plaintiffs cell A7-106 until the time plaintiff was stood up to Leave the cell to go to the shower an medical plaintiff was assaulted. Defendants would take turns beating plaintiff Larkin when one would stop another would start

(see Exhibit 1,2, Emails from Nurse Katherin Hutchison who is a medical professional an was present during the assault.)

Defendant Krause started throwing punchs as soon as he steped into plaintiff Larkins cell A7-106 Hit plaintiff several Times in side an back of head

Plaintiff Larkin was the slamed against the wall an feet Pulled out from under him. Once on the ground Defendants Piled on plaintiff Larkin. At this time defendant tolbot grabs my hair an head then repeatedly smashed my face into the floor spliting my right eye brow (see exhibit 3,4,5,6) an pulling out hand fulls of plaintiffs hair

Defendant Bach Droped knees into plaintiffs ribs an back

Defendant Bradford then Got over top of plaintiff an with his Left Gloved hand punched plaintiff Larkin in the Left side of Plaintiffs face an head. Larkin feels there could have been up to 30 punchs thrown by Defendant Bradford. (See Exhibit 7) note Exhibit 7 the photo was take befor swelling an bruise set in. Plaintiff Larkin felt his Life was in danger at this point an began to beg Defendant Bradford to stop hitting him. The Assault by Defendant Bradford also cost plaintiff a tooth

3. Per Policy an Law All cell extractions are to be Video taped. In this case Defendants can NOT provide the Video. There are claims of a couple issues contributed to the Loss of the video. (See Exibit 8) ITS said that there was only 20:32 minutes on the SD Card. 20:32 munutes should have been enough time for 5 cell extractions. Plaintiff Larkin beleives that ~~due to the loss~~ due to the nature of the Assault, the Loss of the cell extraction video was deliberate

for these reasons plaintiff James Larkin feels summary Judgment should be granted, an the fact that Defendants account of the events do not support the material Facts in this case.

3

I declare under penalty of perjury that the following is true and correct.

James Larkin   #206339

*James Larkin*

8/10/20

USDC IN/ND case 4:18-cv-00065-TLS    document 79    filed 08/13/20    page 4 of 5

# CERTIFICATE OF SERVICE

I hereby Certify that on 8/10/20 a copy of the foregoing was mailed, by first class U.S. Mail, Postage prepaid to the following

Office of the Clerk
UNITED STATES DISTRICT COURT
1300 S. Harrison Street
Fort Wayne, IN 46802

James Larkin 206339

*James Larkin*