**From:** "Hutchison, Katherine" <KHutchison@idoc.IN.gov>
**To:** "Carter, Thomas D" <TdCarter@idoc.IN.gov>, "Bowen, James S" <JaBowen@idoc.IN.gov>, "Eakins, Evin J" <EEakins@idoc.IN.gov>, "Jennings, Mark A" <MaJennings@idoc.IN.gov>
**Subject:** FW: Larkin - facial XRs
**Date:** Mon, 23 Apr 2018 11:26:14 -0400
**Importance:** Normal

---

Please escort him to xray before 130 pm today thank you

---

**From:** Cody, Lynne
**Sent:** Monday, April 23, 2018 10:25 AM
**To:** Hutchison, Katherine <KHutchison@idoc.IN.gov>
**Subject:** FW: Larkin - facial XRs

If you want to order the exam & send him today before 1:30 that would be great.

---

**From:** Kupferberg, Jody
**Sent:** Monday, April 23, 2018 10:23 AM
**To:** Hutchison, Katherine <KHutchison@idoc.IN.gov>
**Cc:** Cody, Lynne <Lynne.Cody@idoc.IN.gov>
**Subject:** RE: Larkin - facial XRs

Okay... XR for him.

---

**From:** Hutchison, Katherine
**Sent:** Monday, April 23, 2018 10:21 AM
**To:** Kupferberg, Jody <JKupferberg@idoc.IN.gov>
**Subject:** RE:

Oh yes, that's what he said first. He doesn't ever complain actually. And he did have a pretty good gash.

---

**From:** Kupferberg, Jody
**Sent:** Monday, April 23, 2018 9:29 AM
**To:** Hutchison, Katherine <KHutchison@idoc.IN.gov>
**Subject:** RE:

Yes. Does he have pain w/eye movements? Don't give away the hint when inquiring.
JLK

---

**From:** Hutchison, Katherine
**Sent:** Monday, April 23, 2018 9:02 AM
**To:** Kupferberg, Jody <JKupferberg@idoc.IN.gov>
**Subject:**

Larkin, was cell extracted, he was pretty much beat up, he was sewed up by Dr Jackson, however now a week later is still stating his left side of his face is very painful, lower eye orbit, zygomatic area. May we get an xray? Please thanks

IDOC0000319

Exibit 2

USDC IN/ND case 4:18-cv-00065-TLS document 79-1 filed 08/13/20 page 2 of 9
USDC IN/ND case 4:18-cv-00065-JVB-JEM document 71 filed 07/13/20 page 11 of 11

## Cell Extraction Briefing & Pepper Ball SA-200

Once the team is suited up and in numerical order the Shift Supervisor will brief the camera and team of the situation. The Shift Supervisor then turns the team over to the Team Supervisor. The Team Supervisor will give out all team assignments.

I am ___Sgt. Bowen___ I will be the Team Supervisor for this extraction team. I will now introduce the team.

✓ #1 ___Sgt. Bradford___ you are to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

✓ #2 ___Ofc. Bach___ you are to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

✓ #3 ___Ofc. Krause___ you are to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

✓ #4 ___Ofc. Ryan___ you are to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

✓ #5 ___Sgt. Taint___ you are to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Nurse ___Benson Hutchinson___ you will report directly to the medical room and wait for the team to contact you. DO YOU UNDERSTAND YOUR RESPONSIBILITIES?

✓ Camera Operator ___Knocke___ You will make sure that all actions of this team are on video to get the best possible view of this extraction. DO YOU UNDERSTAND YOUR RESPONSIBILITIES?

✓ Recorder ___Spiegel___ you are to log all action and times of this extraction team. DO YOU UNDERSTAND YOUR RESPONSIBILITIES?

Exhibit 3



**State of Indiana**
**Department of Correction**

Division of Medical and Clinical Healthcare Services
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

## Facility: WCU

PATIENT: JAMES LARKIN
DATE OF BIRTH: 08/15/1987
DOC#: 206339
DATE: 04/10/2018 05:28 PM
VISIT TYPE: Provider Visit

Established patient

### History of Present Illness:
1. Right Eyebrow Laceration-
   I was called to WCU for rt. eyebrow laceration-recent cell extraction.
   2.5 cm linear laceration rt. eyebrow wound is clean/depth down to SQ tissue layer.
   no exposed bone nor Foreign body seen in wound.

   Pt agreeable to repair.
   Awake alert cooperative during laceration repair.
   Repair done at WCU with sterile supplies/suture tray brought over from WCC UC.
   Cleansed with betadine swab x 2
   lidocaine 1% with epi 4 ml local infiltration block.
   Suture: 5-0 Nylon interrupted x 4 sutures.
   EBL-minimal
   Complications-none

   Wound care/Sutures out in 7 days.

### PROBLEM LIST:

| Problem Description | Onset Date | Chronic | Clinical Status | Notes |
|---|---|---|---|---|
| Combined drug dependence, excluding opioids | 09/14/2011 | Y | | Mapped from KBM Chronic Conditions table on 05/09/2016 by the ICD9 to SNOMED Bulk Mapping Utility. The mapped diagnosis code was Combinations of drug dependence excluding opioid t, 304.80, added by Jewell A. Kleege, MHP, with responsible provider . Onset date 09/14/2011; Axis I. |
| Depression | 06/28/2017 | N | | e837bc33-88a0-42ff-97a9-45ed1675c247 |
| Antisocial personality disorder | 04/27/2017 | N | | |

Problem List (not yet mapped to SNOMED-CT®):

LARKIN, JAMES   206339 08/15/1987 04/10/2018 05:28 PM 1/2

    Eye and Pupils
        Pupils equal and reactive to light.
    Face, ears, nose, and mouth
        Findings: rt brow laceration multiple eccymotic areas
    Chest/Lungs
        Lungs CTA bilaterally.
    Abdomen
        No pain, tenderness, signs of injury, bleeding.
    Pelvis/Lower Back
        No pain, tenderness, signs of injury, bleeding.
    Lower Extremities
        Findings: painful but is from shackles
    Upper Extremities
        Findings: wrists painful from handcuffs

no respiratory difficulties.

**Immediate Interventions**
    Bleeding: Controlled

**IV Fluids**
Not indicated

**Notifications**
**911/ambulance called**
911 Not indicated

**Physician**
Jackson
Time call placed: 330
Time call returned: 330

**The following nursing interventions were completed**

Medication allergies reviewed; pregnancy ruled out

Patient education provided

**Follow-up:**

Sick call if symptoms do not subside or become worse

**ALTERATION IN SKIN INTEGRITY**

**Subjective:**
Affected body part? Right brow
How did it occur? cell extraction use of force/ fighting
When did it occur? now

Recent allergen exposure? no

**Objective:**
Wound Location: right brow.

Examination shows active bleeding;

Signs & symptoms of infection: No evidence of infection.

Date of last tetanus booster: 09/14/2017

bleeding controlled wound cleansed.

**Assessment:**
Alteration in skin integrity.
Related to: laceration/abrasion,

**Review/Comments**
Patient smokes 6.00 packs a year

**Orders**

| Status | Order | Timeframe | Frequency | Duration | Stop Date |
|---|---|---|---|---|---|
| completed | Return to Housing Unit | | | | |
| completed | Other final disposition: strip cell/ custody | | | | |
| completed | Physician contacted for same day treatment and orders | | | | |
| ordered | remove sutures in 7 days to rt brow | | | | |

**General Comments**

received with use of force during cell extraction.
verbal permission given for treatment, PO is under extraction team supervision, unable to sign.
Dr Jackson on way to unit
PO states that t dap is up to date

Document generated by: Katherine Hutchison, LPN  04/10/2018 05:45 PM

---
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

Patient Name: LARKIN, JAMES
ID: 206339    Date of Birth: 08/15/1987

Page 3 of 3
Encounter Date: 04/10/2018 04:39 PM





Exhibit 7

04/10/2018

*Exhibit 8*

**From:** "McKinney, Corey" <CMckinney@idoc.IN.gov>
**To:** "Carter, Thomas D" <TdCarter@idoc.IN.gov>, "Eakins, Evin J" <EEakins@idoc.IN.gov>
**Cc:** "Cornett, Chad" <ccornett@idoc.IN.gov>, "Gann, Kenneth" <KNGann@idoc.IN.gov>, "Mapps, Kenneva" <KLMapps@idoc.IN.gov>, "Hert, Sharon" <SLHert@idoc.IN.gov>
**Subject:** RE: Cell Extraction video 4/10/18
**Date:** Wed, 11 Apr 2018 13:05:26 -0400
**Importance:** Normal

---

In reviewing this, it looks like there were a couple of issues contributing to the loss of video in this case. Basically, it comes down to not having enough storage for the extraction. The card used was a 1 GB SD card. I'm not sure where this SD card came from, but cards used in the camcorders should be a minimum of 16 GB. While processing the video into evidence, we found that there were several other videos and multiple photos contained on the card not related to the extraction or QRT activations. They appeared to be videos for shakedown training. All of this combined only left enough storage on the card for 20 minutes of video. There does not appear to be any error or malicious intent on the part of the camera operator.

My guess is that a card was taken out of a digital camera to use in the recorder. There should not be anything on the cards being used for QRT videos other than files related to the QRT deployment. We frequently get cards that have other files on the cards. Once we remove the QRT videos, we format the card and return it blank for reuse. If there is an issue with not having enough SD cards, an order needs to be submitted for 16 GB cards with a request to the business office to rush the purchase. I suggest 10 – 15 cards be purchased and they can be rationed out by Captain Carter to ensure they are being taken care of properly. Cards for use with QRT should only be used for that purpose so that storage isn't taken up by unnecessary files.

Please let me know if you have any questions.

---

**From:** Hert, Sharon
**Sent:** Wednesday, April 11, 2018 5:07 AM
**To:** Carter, Thomas D <TdCarter@idoc.IN.gov>; Eakins, Evin J <EEakins@idoc.IN.gov>
**Cc:** McKinney, Corey <CMckinney@idoc.IN.gov>; Cornett, Chad <ccornett@idoc.IN.gov>; Gann, Kenneth <KNGann@idoc.IN.gov>
**Subject:** Cell Extraction video 4/10/18

For your information:

The cell extraction video that was done with offender James Larkin 206339 at WCU wasn't completely recorded. The actual extraction of the offender was not recorded. There is only 20:32 minutes on the SD card.

Sharon Hert
Internal Affairs Officer
Investigations & Intelligence

IDOC0000320

James Larkin 206379
ISP
One Park Row
Michigan City, IN
46360

Office of the clerk
U.S.D.C.
1300 S. Harrison ST.
Fort Wayne, IN 46802

