UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| JAMES LARKIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 4:18-cv-00065-JVB-JEM |
| | ) |
| JEFFREY ARMSTRONG, et al. | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, by counsel, respectfully file this motion for summary judgment. Defendants contemporaneously file a memorandum of law in support of this motion. Defendants move for summary judgment as there is no dispute of material fact under Federal Rule of Civil Procedure 56 and Local Rule 56-1, and they are entitled to judgment in their favor as a matter of law. In support, Defendants state the following:

1.  Plaintiff, James Larkin, brings suit for alleged constitutional violations under 42 U.S.C. § 1983. Plaintiff alleges that all Defendants used excessive force during a cell extraction in violation of the Eighth Amendment, that all Defendants failed to intervene to stop each other from using excessive force in violation of the Eighth Amendment, and that Defendant Eakins used excessive force by repeatedly pepper spraying him in violation of the Eighth Amendment.

2. Larkin's claims cannot survive summary judgment. The undisputed facts taken in the light most favorable to Larkin show that the use of OC spray and the cell extraction were both necessary uses of force with legitimate penological purposes.

3. Furthermore, Defendants are entitled to qualified immunity as it is not clearly established that Defendants' actions violated the Constitution.

4. There is no genuine issue of material fact precluding summary judgment in Defendants' favor, and Defendants are entitled to judgment as a matter of law.

5. Defendants designate the following evidence used in support of summary judgment:

**Exhibit A:** Deposition testimony of James Larkin;

**Exhibit B:** Declaration of Lieutenant Eakins with attachments;

**Exhibit C:** Declaration of Lieutenant Calvin Bradford;

**Exhibit D:** Declaration of Captain Jeffrey Armstrong;

**Exhibit E:** Plaintiff's Responses to Defendants' Interrogatories mailed to Defendants and postmarked June 9, 2020;

**ECF 1:** Plaintiff's Complaint;

**ECF 11:** Opinion and Order;

**ECF 72 & 72-1:** Defendants' Response to Plaintiff's Request for Production;

**ECF 73:** Manually filed disc of responsive video recordings (redacted cell extraction video, TASER video); and

**ECF 85:** Defendants' Supplemental Response to Plaintiff's Request for Production.

WHEREFORE, Defendants urge the Court to grant their motion for summary judgment and grant all other just and proper relief.

                                      Respectfully submitted,

                                      OFFICE OF THE INDIANA ATTORNEY GENERAL

By:    */s/ Courtney L. Abshire*
          Courtney L. Abshire
          Deputy Attorney General
          Attorney No. 35800-49
          *Counsel for Defendant*

302 W. Washington Street
Indiana Government Center South – 5th Fl.
Indianapolis, IN  46204-2770
Phone: (317) 234-7019
Fax:     (317) 232-7979
Email:  Courtney.Abshire@atg.in.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that on September 18, 2020, I mailed, by United States Postal Service, first-class postage prepaid, the document to the following non-CM/ECF participants:

James Larkin
DOC #206339
Indiana State Prison
1 Park Row
Michigan City, IN 46360

By: Courtney L. Abshire
Deputy Attorney General

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Fl.
302 West Washington Street
Indianapolis, IN 46204-2770
Phone: (317) 234-7019
Fax:   (317) 232-7979
E-mail: Courtney.Abshire@atg.in.gov