# In the Matter Of:

*JAMES LARKIN*

*-v-*

*SGT. BRADFORD, ET AL.*

---

## James Larkin

*August 13, 2020*

---

**StewartRichardson**

DEPOSITION SERVICES

800.869.0873 | www.StewartRichardson.com

*Reporting Detail by Excellence — Since 1976*

INDIANAPOLIS | CARMEL    EVANSVILLE | FORT WAYNE | SOUTH BEND | VALPARAISO

**Page 3**

```
 1                UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF INDIANA
 2                   LAFAYETTE DIVISION
 3
   JAMES LARKIN,                  )
 4                                )
              Plaintiff,          )
 5                                )
         -v-                      )        Case No.
 6                                )   4:18-CV-00065-JVB-JEM
   SGT. BRADFORD, et al.,         )
 7                                )
              Defendants.         )
 8
 9
10         The deposition upon oral examination of
11   JAMES LARKIN, a witness produced by means of
12   video-conference, and sworn before me, Elizabeth A.
13   Taylor, RPR, a Notary Public in and for the County of
14   Vanderburgh, State of Indiana, taken on behalf of the
15   Defendants in Michigan City, Indiana, on August 13,
16   2020, at 10:41 a.m., pursuant to the Federal Rules of
17   Civil Procedure.
18
19
20
21
22
                STEWART RICHARDSON & ASSOCIATES
23             Registered Professional Reporters
                915 Main Street, Suite 405
24                 Evansville, IN  47708
                    (812) 477-4449
25
```

**Page 2**

```
 1                      APPEARANCES
 2   FOR THE PLAINTIFF:
 3        James Larkin, Pro se (via Zoom conference)
          INDIANA STATE PRISON
 4        1 Park Row
          Michigan City, IN  46360
 5
 6   FOR THE DEFENDANTS:
 7        Courtney L. Abshire, Esq. (Via Zoom conference)
          Mollie A. Slinger, Esq. (Via Zoom conference)
 8        OFFICE OF THE ATTORNEY GENERAL
          302 West Washington Street
 9        Indiana Government Center South, 5th Floor
          Indianapolis, IN  46204-6201
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 3 — INDEX OF EXAMINATION**

```
 1                 INDEX OF EXAMINATION
                                               PAGE
 2
   EXAMINATION
 3
   QUESTIONS BY MS. ABSHIRE                        5
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 4 — INDEX OF EXHIBITS**

```
 1                 INDEX OF EXHIBITS
 2
         NUM.        DESCRIPTION          PAGE
 3
   Exhibit A     Grievance                 18
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 5

                    JAMES LARKIN,
 1
 2  called as a witness by the Defendants, having been first
 3  duly sworn, was examined and testified as follows:
 4  EXAMINATION
 5  QUESTIONS BY MS. ABSHIRE
 6  Q  Mr. Larkin, my name is Courtney Abshire.  I'm a
 7     deputy attorney general with the Indiana Attorney
 8     General's Office.  I'm the attorney who represents
 9     the defendants in this case.  Do you understand
10     what I am and who I represent?
11  A  I'm familiar with who you are.
12  Q  My coworker, Mollie Slinker, is also a deputy
13     attorney general, and she's also assigned to this
14     case.  She's not going to ask you any questions.
15     She's only here to watch and listen.
16  A  All right.
17  Q  So have you been deposed before?
18  A  Yes, ma'am.
19  Q  Do you recall when?
20  A  It's been over a decade.
21  Q  Okay.  So I'm just going to go over a few things to
22     keep in mind while we do this.  The testimony
23     you're giving today is under oath and would have
24     the same force and effect as if we were in court
25     before a judge or a jury.  Do you understand that

## Page 6

 1     the testimony you're giving today is under oath?
 2  A  I do.
 3  Q  Okay.  Do you understand what it means to be under
 4     oath?
 5  A  I do.
 6  Q  Okay.  Because the testimony is under oath and
 7     because it's being recorded by the court reporter,
 8     it's important that you answer all the questions
 9     verbally.  If you nod your head or you shake your
10     head or say uh-huh or uh-uh, it's hard for her to
11     transcribe that.  So it's important that you answer
12     all the questions with yes, no.  With words.  Does
13     that make sense?
14  A  Understood.
15  Q  Okay.  So it's also important that we don't talk
16     over each other.  That's extra important with the
17     video because I'm sure you've noticed there's a
18     little bit of delay.
19  A  Right.
20  Q  So if you can, please wait until I've completely
21     finished asking the question before you start to
22     answer, and I will also try to not start the next
23     question until you have had the opportunity to
24     fully complete your answer.  Does that make sense?
25  A  It does.

## Page 7

 1  Q  Okay.  If I ask a question and you don't
 2     understand, just let me know, and I will try to
 3     rephrase it.  Otherwise, if you answer the
 4     question, then I will assume that you've understood
 5     the question.  Is that fair?
 6  A  Yes, ma'am.
 7  Q  Are you currently taking any sort of medication?
 8  A  I am.
 9  Q  Is it medication that would affect your ability to
10     give full and truthful testimony today?
11  A  No, it's not.
12  Q  What about any drugs or alcohol?  Are you under the
13     influence of any drugs or alcohol?
14  A  No, I'm not.
15  Q  Okay.  Did you review any documents to prepare for
16     this deposition?
17  A  I read the documents that I had requested recently.
18  Q  Anything else?
19  A  I can't get anything else.
20  Q  Okay.  Did you speak with anyone in preparation for
21     the deposition today?
22  A  I'm in a controlled housing unit.  There's no one
23     to speak to.
24  Q  Okay.  So now I'm going to ask you just a little
25     bit of background information.  How old are you?

## Page 8

 1  A  I'm 32.  Saturday will be my 33rd birthday.
 2  Q  And what's the highest level of education that
 3     you've completed?
 4  A  Eleventh.
 5  Q  And how long have you been at Indiana State Prison?
 6  A  Oh, probably about 14 or 15 months.
 7  Q  And did the underlying events of your lawsuit take
 8     place at the Indiana State Prison?
 9  A  They did not.
10  Q  Where did they take place?
11  A  Westville control unit, Westville Correctional
12     Facility.
13  Q  What conviction are you in for today?
14  A  Today I am -- robbery.
15  Q  Before this lawsuit that you brought against the
16     defendants, have you ever filed a lawsuit before?
17  A  I have not.
18  Q  Okay.  That's all the background questions I have.
19     So we're going to move on to the events underlying
20     your lawsuit.  Can you just tell me in your own
21     words what the lawsuit is about?
22  A  It's about the defendants went in my cell, took my
23     property.  Whenever I addressed them about it, they
24     ignored me, and then it escalated from there.  I
25     got sprayed several times.  They came in the cell

Page 9

1   and beat me while I was in restraints.
2   Q  And what was the date of the incident?
3   A  What was that?  April 10th of 2019.
4   Q  Okay.  So I'm going to start with asking you a
5      little bit about what happened prior to the cell
6      extraction.  Had you received a conduct report for
7      anything that happened earlier in that day?
8   A  I had not.  Not to that point.
9   Q  What about an incident involving officer -- I think
10     it's pronounced McGowan?
11  A  That's what initiated it.
12  Q  And what happened with that?
13  A  He was delivering food, and I smacked it off --
14     smacked the cup off my tray slot, told him I didn't
15     want anything until I got my property and my legal
16     paperwork back.
17  Q  And you did not receive a conduct report; is that
18     right?
19  A  I did receive a conduct report for that, yes.
20  Q  Okay.  What was the charge?
21  A  Assault on staff, class A102.
22  Q  So what happened after you knocked the tray away
23     from Officer McGowan?
24  A  It was a tray and a cup.  But they walked off, and
25     then a lieutenant came and informed me to cuff up

Page 10

1   and then started -- and that's when they started --
2   they started spraying me.
3   Q  Had they put you on strip cell status?
4   A  Yeah.  That day they'd shooken down the entire
5      facility.  I wasn't on -- after that incident, they
6      put me on strip cell status, but they had taken my
7      property prior to that for no reason.
8   Q  So when they ordered you to cuff up, was that after
9      they put you on strip cell status?
10  A  I was not on strip cell status when they told me to
11     cuff up.  I was on -- I was basically just -- they
12     just took my -- there was no status.  I had done
13     nothing wrong.  They shook down the entire
14     building, and for some reason, whatever officers
15     that gone into my cell decided that I didn't need
16     what belonged to me.
17  Q  So you were not placed on strip cell after the
18     incident with Officer McGowan?
19  A  After the incident, I was, but prior to that, I was
20     not.
21  Q  Okay.  So I'm going to -- I'm asking you now about
22     when you were placed on strip cell after the
23     incident.
24  A  I was in the controlled housing unit at the time,
25     and they had already taken my property prior to

Page 11

1   that, right?  So for them to spray me repeatedly
2   and then come in and assault me was -- was
3   pointless because all they did was take me to the
4   shower, take me to medical, and put me right back
5   in my cell, the same exact cell with the same exact
6   stuff except for food and -- they sprayed it down
7   with water and took all my clothes and my mattress.
8   So afterwards, I didn't have any clothing or any
9   mattress or any water -- running water.  No toilet.
10  Q  Okay.  I'm just trying to get a clear order of
11     events just for the sake of the record.
12  A  All right.  Look --
13  Q  Okay.  So --
14  A  -- at that point they came -- at that point they
15     came in and shook my cell down.  They took all my
16     property for no reason.  The did it to
17     (indecipherable).
18        MS. ABSHIRE:  Can we take a very brief --
19        MS. REPORTER:  I'm sorry.  You'll have to talk
20     one at a time.
21        MS. ABSHIRE:  Can we take a break off the
22     record?
23        (A discussion was held off the record.)
24  Q  Okay.  So they -- after they took your property, is
25     that -- following that, is that when lunch was

Page 12

1   brought around?
2   A  Yeah.  That's whenever -- the incident with
3   McGowan, correct.
4   Q  Okay.  So following the incident with McGowan, the
5      entire unit was shut down?
6   A  No.  Prior to that, the entire unit was shut down.
7   Q  Okay.  So after the incident with McGowan, then
8      they told you they were going to do a strip cell;
9      is that right?
10  A  I mean, they had already strip celled me.  But,
11     yeah, that's basically it.  No, what they was going
12     to do was -- they wasn't -- they wasn't stripping
13     my cell.  What they wanted to do was strip me.  My
14     cell was already stripped.  After that -- after
15     that incident, they wanted to strip me, not my
16     cell.  My cell was empty.  They stripped me.
17  Q  Got it.  Got it.  Okay.  That makes sense.  I'm
18     sorry that I had it backwards.  So do you know what
19     the purpose of them wanting to strip you down was?
20  A  Because I smacked that cup and the tray off the
21     slot.  But like I said, it's my -- the whole thing
22     was about them taking my property for no reason.  I
23     had done like -- I had done nothing wrong.  I
24     wasn't acting up at this point.  They took my
25     television.  They took my legal -- my criminal case

Page 13

```
1   files.  They took just everything.  And then when I
2   went back in there, there was state sheets,
3   blankets, a mat.  And that's when I tried to
4   address it civilly, you know, as, you know, I
5   could, and they just kept ignoring me.  So I didn't
6   -- I didn't know what to do.
7        I suffer from manic bipolar depression.  I had
8   a manic episode, and it escalated from there.
9 Q  So when they -- when they wanted to strip you and
10   search you, did they order you to cuff up?
11 A  They did.
12 Q  Did you refuse to cuff up?
13 A  I did.
14 Q  Do you recall the officer who ordered you to cuff
15   up?
16 A  Oh, what's his name?  Lieutenant Eakins.
17 Q  Why did you refuse to cuff up?
18 A  Why did I need to cuff up?  I was in a restricted
19   status housing in a cell.  Like I said, they --
20   after they assaulted me, all they did was take me
21   to shower and medical and put me right back in the
22   cell.  So where was -- what was they cuffing me up
23   for?  There was nothing else they could do for me
24   -- nothing else they could do to me.  Why was I --
25   why was I -- what was they -- what was they cuffing
```

Page 14

```
1   me up for besides to rob me of my clothing.
2 Q  When they say take you to the shower, at what point
3   did they take you to the shower?
4 A  After the extraction.
5 Q  Okay.  So -- okay.
6 A  That's what I'm saying.  They're telling me to cuff
7   up.  I'm in a restricted status housing unit.
8   That's a seg unit, right.  There's nothing else --
9   there's no place to put me.  There's nothing else
10   they can do.  At that point, the proper procedure
11   would have been a conduct report, not a beating,
12   not a gang style jumping.
13 Q  So I just want to make sure that I'm clear about
14   what I'm asking.  Why did you refuse to cuff up so
15   that they could search you, your person?
16 A  I was just searched 20 minutes prior to this.  We
17   was -- the whole -- the whole entire building was
18   just shook down.  The entire -- every single person
19   in it.  Every single offender was just shook down.
20 Q  Okay.
21 A  Like I said, what -- what -- where were they going
22   to put me.  What was they cuffing me up for?
23   There's nothing -- like, I'm in -- I'm in a seg
24   unit.  I'm not doing anything.  They just put me in
25   a different cell under the same -- same
```

Page 15

```
1   circumstance.  So...
2 Q  Okay.  So I'm going to move on to like just before
3   the cell extraction.  After you refused to cuff up
4   to be searched, did they tell you they were going
5   to do a cell extraction?
6 A  They wasn't telling me to cuff up to be searched.
7   They was telling me to cuff up because they planned
8   on taking my mattress and my clothing.  It
9   wasn't -- it wasn't a search -- at that point it
10   wasn't -- whenever they was telling me to cuff up,
11   it wasn't a search.  The search had already been
12   done.
13 Q  After they cuffed -- after they ordered you to cuff
14   up after the incident with Officer McGowan, did
15   they tell you they were going to do a cell
16   extraction?
17 A  That's -- that was their intention, yes, I believe.
18   That's hard to say.  There was so much going on.
19   Everybody screaming.  You know, they -- it's
20   understood typically -- you know, I don't know what
21   all was said at the time.  That's been over two
22   years ago, but I knew that -- I knew that there was
23   a cell extraction coming.
24 Q  Okay.  When they -- just before the cell
25   extraction, did they tell you that they were going
```

Page 16

```
1   to administer O.C. spray?
2 A  They did several times, and they did administer it
3   several times.
4 Q  How many times did they administer O.C. spray?
5 A  Three.
6 Q  Okay.  So let's talk about the first O.C. spray.
7   Had they ordered you to cuff up again immediately
8   before the first O.C. spray?
9 A  Probably so, yes.  I would imagine so.
10 Q  But you don't recall specifically?
11 A  It's hard to say.  Like I say, I imagine they did,
12   yeah, but, you know, my recollection -- like I say,
13   I was in the -- at this point, I was in a
14   full-fledged manic episode, and like I said,
15   instead of calling mental health and taking the
16   proper procedure, they -- you know they -- you know
17   what they did.
18 Q  So you refuse -- did you refuse to submit to
19   mechanical restraints before the first O.C. spray?
20 A  Yeah.  And refusing an order, like I said, is a
21   conduct report, not an assault.
22 Q  Do you know which officer administered the first
23   O.C. spray?
24 A  I believe it was Eakins every single time.
25 Q  Do you know that for sure?
```

Page 17

1  A  My cell was -- my cell door was covered.
2  Q  Okay.  I am going to attempt to use an exhibit.
3     Give me a second because I'm not great with
4     technology.  Okay.  Can everyone see my screen?
5  A  Yes, ma'am.
6  Q  Okay.  I have no idea if you can actually read the
7     text on the screen.  Can you read your writing?
8  A  I've got it in front of me.  I've got the same
9     document right here.
10 Q  Okay.  So is this -- so this is an accurate copy of
11    the grievance you filed?
12 A  Yes, ma'am.
13 Q  And it says on here --
14 A  Every document that I've made and every statement
15    that I've made has been true and correct to the
16    best -- to the best of my knowledge.  Like I said,
17    there might be a name wrong or something like that
18    because you've got to understand these individuals
19    was in full -- in full riot gear.  They had masks
20    on.  They had helmets on.  They had gloves.  So
21    unless I knew them personally -- you know, through
22    my own investigation is how I learned most of the
23    information and through them telling on each other.
24 Q  So on here it says that you were repeatedly pepper
25    sprayed by who I'm told was Lieutenant Eakins.  Do

Page 18

1     you know who told you that?
2  A  I do.
3  Q  Can you tell me who it was?
4  A  It was Aaron Isby-Israel.
5        MS. REPORTER:  I'm sorry.  What was the name?
6        THE WITNESS:  Aaron Isby-Israel.
7        MS. ABSHIRE:  Okay.  I think I am done with
8     this.
9        MS. REPORTER:  Did you want to mark that as an
10    exhibit?
11       MS. ABSHIRE:  Yes.  Can you mark it as Exhibit
12    A, please?
13       MS. REPORTER:  Yes.
14       (Defendant's Exhibit A was marked for
15    identification.)
16       MS. ABSHIRE:  Thank you.  I think that will be
17    the only one I use.
18 Q  Okay.  So after they administered the first O.C.
19    spray, then did you submit to mechanical
20    restraints?
21 A  I never submitted to mechanical restraints.
22 Q  Did they order you to after the first O.C. spray?
23 A  Yeah.
24 Q  Do you recall who?
25 A  I believe it was the same individual that

Page 19

1     administered the O.C. spray.
2  Q  Did -- were you warned that you would be sprayed
3     again with O.C. spray if you didn't submit to being
4     cuffed up?
5  A  I believe so.
6  Q  Did you ever say anything to the officers in
7     response to being told that you were going to be
8     sprayed?
9  A  Like I said, I'm sure I did.  What exactly was said
10    is unknown.  Like I say, I was -- I was in emerg --
11    or a manic -- I was in a manic episode.  So...
12 Q  Okay.  So I'm moving on to the third O.C. spray.
13    Do you recall again if someone ordered you to cuff
14    up before the third O.C. spray?
15 A  Same.  It was the same chain of events.  They went
16    through the same order.
17 Q  And, again, were you -- were you warned that you
18    would be sprayed if you didn't cuff up?
19 A  I can't say for sure, but I believe so.  But like I
20    say, I'm in an empty cell by myself in a
21    restrictive status housing unit.  Every time
22    anybody comes out of their cell, they're in full
23    restraints.  I wasn't a threat to nobody.  At no
24    point was I a threat to anybody.  So why am I being
25    sprayed?  You know what I'm saying?  I'm in an

Page 20

1     empty cell in a seg unit and they're standing at my
2     door spraying me, I'm in there by myself.  I'm a
3     threat to nobody.
4  Q  Okay.  So I'm going to move on.
5  A  Go on.
6  Q  No.  If you have something else to say.
7  A  I was just thinking.  It ain't nothing.  Like I
8     say, I was just trying to make you guys understand
9     the circumstances.  You know what I'm saying?  And
10    if it makes sense to you.  Like I say, I was in a
11    seg unit, right?  So there's not any place they can
12    put me for disciplinary purposes.  At that point,
13    there's -- there would have been -- can you tell
14    why -- what they was cuffing me up for?
15 Q  I can't answer any questions.  I'm not -- you know,
16    my -- it's not my testimony being taken today.  And
17    I will also tell you that I will give you an
18    opportunity at the very end of this to clarify any
19    answers that you have given earlier.  I just want
20    to make sure that you know that.
21 A  All right.
22 Q  So I'm going to start asking you about the cell
23    extraction itself.  I know you said that they were
24    dressed in full gear, but do you recall which
25    officers were on the cell extraction team?

1  A  I do know for a fact the first one because he was
2     the sergeant, the shift -- shift sergeant and that
3     was Bradford. He was the number one -- the first
4     individual in the cell. And I did know Ryan, but
5     he basically just hid over in the corner.
6  Q  So did Officer Ryan restrain you in any way during
7     the --
8  A  No. I believe at -- I believe at one point he did
9     end up jumping on me, but like whenever they
10    started to assault me, he stepped back because like
11    I said, they took turns. So -- and I could tell by
12    his demeanor that he didn't want no part in it
13    because, like, at one point -- like I said, at one
14    point I was begging them. I thought they was going
15    to kill me. I was begging them. And I looked up
16    and I could see in his face too. He felt the same
17    exact way that I did. He may not admit it, but at
18    the time, you could see it in his face.
19  Q  Okay. Do you recall --
20  A  Like I say, he was concerned -- he was as
21    concerned as I was about my health, my welfare.
22    But yet, he did nothing to intervene.
23  Q  Do you recall who else was on the team?
24  A  I mean, I -- I've got the list in front of me if
25    you want me to recite it to you.

1  Q  That's okay. I wasn't sure if you recalled them
2    specifically.
3  A  Like I say, you got -- I want you to understand.
4    Like I say, that day, the entire building was shook
5    down. So the entire search team was there. A lot
6    of the individuals was not from here to me because
7    I'm a high level offender, and that's a low level
8    camp except for that -- except for Westville
9    control unit is one of the -- one of the state's
10    secured housing units. So it's a super max
11    facility. A lot of -- a lot of the officers that
12    was there that day, they didn't work at WCU except
13    for at times like that.
14        So -- but after the incident, a lot of them
15    started getting -- getting placed back there. Then
16    that's when I got the -- that's where I got a lot
17    of my information about each individual and who
18    they was and stuff like that.
19  Q  Okay. I see. Did the cell extraction team have a
20    shield when they entered your cell?
21  A  They did.
22  Q  Do you recall which officer was holding the shield?
23  A  Bradford.
24  Q  So can you describe what happened immediately after
25    they entered your cell?

1  A  As soon as they entered the cell, I threw Bradford
2    behind me. I never -- they -- they -- I never
3    threw one punch during the whole time. I never
4    kicked one -- I never threw one -- I threw around
5    the cell. I kept him off of me the whole time, and
6    like I say -- go ahead.
7  Q  So you said you threw Bradford behind something?
8  A  Like I say, he came in with a shield, and I grabbed
9    him and threw him behind me.
10  Q  Did you touch any of the other officers when they
11    came in?
12  A  No. They -- you got to understand, they came in to
13    touch me. I was trying to shove them away from me.
14  Q  Did you throw any punches at the officers?
15  A  I didn't. The officers was the only individuals in
16    the cell that threw punches. I didn't throw one
17    punch or one kick. Like I say, I was throwing them
18    around. I wasn't -- I know -- I know better than
19    to punch -- than to punch an officer. I'm sure
20    you're familiar with my criminal record. I've got
21    a staff assault that I got two years for. So I
22    don't have any intentions of catching any more.
23  Q  But you did shove at least Officer Bradford; right?
24  A  I did shove Officer Bradford.
25  Q  Did you shove any of the other officers?

1  A  I didn't get a chance. I was standing up against
2    the wall.
3  Q  You were standing up against the wall or was
4    someone holding you against the wall?
5  A  Initially, I was forced -- there was like -- I was
6    -- well, as I was being struck -- I'm being struck
7    in the side and back of the head, and I believe
8    there was Sergeant Talbot and somebody else at the
9    time -- actually, it might have been Ryan at that
10    point. I can't -- I can't really recall but there
11    were several officers that had cornered -- put me
12    in a corner.
13  Q  Okay. And did you say -- which officers? Do you
14    recall which officers put you in the corner?
15  A  I can't. I don't recall. Probably the second and
16    third officer.
17  Q  Okay. Did you collect any of the O.C. spray like
18    in a container?
19  A  I did.
20  Q  Did you throw it at the --
21  A  Everything that -- everything that was -- that came
22    in my cell that was thrown out of the cell came
23    from them. Every single thing I was assaulted with
24    first.
25  Q  Okay. I'm going to ask my question again because

Page 25

1    I'm not sure it went through.
2  A  While they was spraying me, I caught the O.C. spray
3     in a bag, and when they opened my door, I threw it
4     back at them.
5  Q  Did they block -- did it hit any of the officers?
6  A  Not a single one of them.  You got to understand,
7     Bradford is like 6'5 and had a shield.  It hit the
8     top of the sheet and went on the rec pad.  That's
9     how I knew -- at the time I didn't even recollect
10     the O.C. spray, but after -- like I say, other
11     accounts and the window across from my cell, like I
12     say, they -- after -- after the incident -- like I
13     say, they put me right back in the cell only naked
14     with no mat and the cell sprayed down with a water
15     hose.  So -- and I'm -- you know, after I calmed
16     down and everything, you know, I came back to my
17     senses and everything, I seen -- you know, I could
18     see the O.C. on the -- on the window -- the rec pad
19     window across from my cell.
20  Q  Okay.  Did Officer Bradford hit you with the safety
21     shield?
22  A  He never touched me with the safety shield but
23     because -- they're under the impression because he
24     struck me -- he punched me so many times, they feel
25     like he had to have been the one that done that but

Page 26

1     he was not the one that split my eyebrow.
2  Q  When did --
3  A  He never touched me --
4  Q  Sorry.
5  A  He never touched me with the shield.  Like I say,
6     as soon as -- that shield was gone as soon as he
7     entered the cell.
8  Q  When did you throw the O.C. spray?
9  A  As soon as the door opened.
10  Q  So what did split your eyebrow open?
11  A  An individual grabbed me by the hair and the top of
12     the head and slammed it -- repeatedly slammed my
13     face into the ground like probably five or six
14     times.
15  Q  And do you recall which officer?
16  A  It was -- was it Talbot?  Sergeant Talbot I believe
17     his name is.
18  Q  I think Talbot.
19  A  Yeah, Talbot.  Yeah, that was -- yeah, Talbot.  But
20     like I said, they're under the impression -- all
21     the officers wasn't aware of what was going on.
22     They felt like because -- I'd say Bradford struck
23     me between probably 15 and 30 times.  So they felt
24     like he had to have been the one that split -- to
25     split my eyebrow but that wasn't the case.  I

Page 27

1     remember -- I remember like it was ten seconds ago
2     feeling my head open up.
3  Q  How long did it take for the officers to get
4     mechanical restraints on you after they entered
5     your cell?
6  A  Probably about two or three minutes, and like I
7     say, most of that was -- no.  That's how long it
8     took me -- that's how long the whole thing took.  I
9     can't say how long it took.  At least probably --
10     the whole entire thing was probably two or three
11     minutes from the time they came in the cell until
12     the time we left the cell.
13  Q  Okay.  Do you recall who put the mechanical
14     restraints on you?
15  A  No.  Like I said, I was -- I was face down with
16     grown men all over me, and I was still in that
17     corner.
18  Q  Were you restrained at your wrists?
19  A  Yes.
20  Q  Ankles too?
21  A  Yes, ma'am.
22  Q  Okay.  I'm going to ask you about specific
23     defendants at this point.
24  A  Okay.
25  Q  What are your allegations against Bradford?

Page 28

1  A  That he -- once I was down and restrained, he got
2     over the top of me and with his left hand with a
3     glove on it struck me, beat me.  Like I say, he
4     punched me in the left side of my face and head,
5     like I say, probably -- I would guess I would say
6     up to 30 times to the point I was begging him to
7     stop because I was in fear for my life.
8  Q  So one of the defendants is Officer Bach.  I think
9     I'm saying that right.  What are your allegations
10     against Officer Bach?
11  A  Officer Bach was the first individual to strike me.
12     As soon as he -- like, the other ones, they came in
13     the cell, and, like I say, they slammed me up
14     against the wall.  He was throwing punches over the
15     ones that had me up against the wall.  He was
16     throwing punches over.  That's how he broke his
17     finger.  I never touched him.  He broke his finger
18     punching me in the head.  And like I say, if I
19     would have broke his finger, I would have had -- I
20     would have had outside charges.
21  Q  I'm going to back up just --
22  A  You don't -- you don't get away with breaking an
23     officer's bones in the DOC without getting charges
24     pressed against you.
25  Q  So just to back up a little bit.  You said two

Page 29

```
 1   people were holding you in the corner.  I may have
 2   already asked you this.  I'm sorry if I did.  Do
 3   you recall which two officers were holding you in
 4   the corner?
 5 A I believe that the one was Talbot or Talbot or
 6   whatever his name is.  And I don't -- I don't
 7   recall who the other one is.  He was a young kid,
 8   though, I believe.  Maybe -- I can't recall.
 9 Q That's okay.  So your allegations against Bach, are
10   you alleging he used excessive force?
11 A Like the force that he used was not unnecessary and
12   excessive.
13 Q So you're not bringing a failure to intervene
14   charge against him?
15 A Intervening charge?  I don't understand.
16 Q Sorry.  Are you alleging he failed to intervene to
17   prevent the violence?
18 A He was violent.  Like I say, he was the first
19   individual to punch me.  He punched me five or six
20   times in the side and back of the head off the jump
21   before anything -- like, as soon as -- as soon as
22   the door opened, he stepped in my cell throwing
23   punches.  He was the very first one.
24 Q Did you --
25 A He was the very first one to assault me, and it was
```

Page 30

```
 1   excessive and unnecessary.
 2 Q Did you shove Officer Bach at any point?
 3 A I never touched Officer Bach at any point.  Not one
 4   time did I touch him.
 5 Q Okay.  I'm going to move onto defendant Krause.
 6   What are your allegations against defendant Krause?
 7 A Oh, wait.  I think I got Krause and Bach mixed up.
 8   I may have.  Just a second.  Bach -- yeah, once --
 9   okay.  Once I was down on the ground, he just got
10   to dropping knees, dropping his body weight,
11   dropping knees into my ribs and back.
12 Q Are you talking about Bach or Officer Krause?
13 A I'm talking about Officer Bach.
14 Q Okay.
15 A Krause was -- let me -- Krause was the first one to
16   assault me.  As soon as he stepped in the cell,
17   Krause assaulted me.  Officer Bach, once I was
18   down, got -- got dropping knees and stuff like that
19   in my ribs and back.  Got dropping his body weight
20   into me.
21 Q Okay.  So I'm going to ask you again then what are
22   your allegations against Officer Bach?
23 A Against Officer Bach?  When I was on the -- on the
24   ground in restraints, he dropped knees.  He would
25   drop body weight into my ribs and my back several
```

Page 31

```
 1   times.
 2 Q So you're alleging an excessive force claim against
 3   Officer Bach?
 4 A Yeah.  Excessive force, cruel and unusual
 5   punishment.  The same thing against all of them
 6   except for a couple of them.  Neglect.  Like Ryan.
 7   He neglected -- I seen it in his face.  He felt the
 8   same way I did.  He knew it was wrong.  Ryan knew
 9   it was wrong, but yet, he failed to intervene.
10 Q At any point did you shove or attack Officer
11   Krause?
12 A No, I did not.  Actually, he may -- he may have
13   been one of the ones that initially slammed me up
14   against the wall.  He may have got shoved, but it
15   wasn't -- like I say, it wasn't assault.  It was
16   more like trying -- I was trying to -- at this
17   point I'm trying to fend them off me.  After I
18   threw the dude behind me -- like I say, I'm
19   standing up against the wall so I'm trying to keep
20   -- I'm immediately being assaulted.  You've got to
21   understand.  I'm being assaulted immediately.  So
22   I'm trying to deflect the assaults.  You know what
23   I'm saying?  I'm trying to get away from the
24   assaults.
25 Q Okay.  You testified --
```

Page 32

```
 1 A You keep mentioning me shoving like -- like I was
 2   assaulting them.  Like, that was my -- no.  That
 3   was self defense.  That was me trying to defend
 4   them myself is me shoving them off of me.  The way
 5   you're mentioning me shoving them is like I was
 6   assaulting them.  That was not the case.  I was
 7   trying to protect myself and trying to get them --
 8   trying to get some distance between myself and the
 9   individuals that was beating on me.
10 Q Okay.  So I'm going to ask you a little bit more
11   about Officer Ryan.  Are you alleging that he used
12   excessive force?
13 A No, he did not use any force.  He just neglected to
14   do anything.
15 Q So did he -- did he hold you down at any point
16   while they were trying to restrain you?
17 A Yeah, he got on me.  He jumped -- like when I first
18   hit the ground, he jumped on me, but after -- like
19   I said, after they got doing what they was doing,
20   he knew he didn't want no part of it, and he got --
21   like I say, he backed up into the TV -- the TV
22   corner of my cell and was -- that's where he like
23   -- he knew he didn't -- he knew better than to be
24   part of it.  Like I say, I remember at one point
25   looking up at him, and I know we had the same look
```

Page 33

1   on our face and the same thought. He felt the
2   exact same way I did.
3   Q  Okay. So what about Officer Talbot? Are you
4      alleging excessive force against him?
5   A  Excessive force, yes. He grabbed me by my hair and
6      repeatedly slammed my face and head into the floor,
7      split my eyebrow, and caused many bruises.
8   Q  Okay. What about Lieutenant Eakins? Was he
9      present for any part of the cell extraction?
10  A  He was right -- like, he was outside. Like I said,
11     you've got to understand. From where my cell is --
12     I mentioned -- when I mentioned the rec pad window,
13     like from the hallway, you can see in my cell.
14     Him -- there were several -- there were several
15     higher ranking officers out there just watching
16     this the entire time. They was present the entire
17     time. Any of them could have intervened at any
18     given time.
19  Q  So you're saying he was watching through the rec
20     pad window?
21  A  He was watching through the rec pad window. He may
22     have even been on the range, but like I said, he
23     seen the entire thing. He seen the entire assault.
24     I remember passing him on the way to the shower.
25  Q  Okay. Did you receive any conduct reports

Page 34

1      following the cell extraction?
2   A  I did.
3   Q  Can you tell me what they were?
4   A  I got one conduct report for officers -- Officer
5      Krause's finger he alleged that I broke. That was
6      the conduct I got. But he had to file -- he had to
7      file a conduct in order to get his workman's comp
8      or whatever. So that was the reasoning behind
9      that.
10  Q  So what happened immediately after the officers
11     removed you from the cell?
12  A  They took me to the shower.
13  Q  Did they read you the O.C. administrative warning?
14  A  They did.
15  Q  Do you recall which officer read you the warning?
16  A  Bradford.
17  Q  Where did you go after the decontamination shower?
18  A  I went to -- I went to the nurse's station.
19  Q  What treatment did you receive at the nurse's
20     station?
21  A  At that point I was -- she cleaned my -- cleaned
22     the wound and the blood off me and just tried to
23     control the bleeding until Dr. Jackson got there.
24     And that was Nurse Hutchinson that was taking care
25     of me at that point until Dr. Jackson got there to

Page 35

1      actually perform the surgical procedure.
2   Q  Did you go back to your cell after the doctor
3      performed the surgical procedure?
4   A  Went directly back to my cell, the same exact cell
5      that they just had to get me out of just to put me
6      right back in it.
7   Q  I think you mentioned losing a tooth in one of your
8      interrogatory responses. Did that occur during the
9      cell extraction?
10  A  No. That was -- that was a result of Bradford's
11     assault. Like I say, I got -- I got, like,
12     basically a chronological order where you can see
13     in my medical records where they mentioned where I
14     had x-rays and they mentioned soft tissue damage.
15     What ended up happening, he damaged -- he
16     damaged -- he done root damage, and it ended up
17     getting infected, and they had to pull the tooth
18     because of that.
19         MS. REPORTER: Could we take a quick break,
20     please?
21         MS. ABSHIRE: Absolutely.
22         (A brief recess was taken.)
23  Q  So, Mr. Larkin, can you describe -- you talked
24     about your tooth already. Can you describe the
25     other injuries that you received?

Page 36

1   A  The swelling and the abrasions, the pulling of my
2      hair, the sore and bruised ribs and back. Nerve
3      damage to my hands. Like I said, my -- because
4      I've got these -- I've got cuffs on right now
5      because of where I'm at. And my hand is tingling
6      right now, and it all stems from that incident.
7   Q  Are you still receiving medical treatment for any
8      of the injuries that you sustained?
9   A  They won't -- they won't treat -- they won't treat
10     -- treat it. Like I say, I got -- you probably
11     have it too. I've sought medical attention and it
12     ain't been -- the thing is, with the drug problem
13     in the DOC, they just can't give us the drugs that
14     I need to deal with the issue. You know what I'm
15     saying?
16  Q  Okay. I'm going to move on a little bit to
17     damages. Are you seeking monetary compensation in
18     this lawsuit?
19  A  What do you mean? Like as far as property wise?
20  Q  Are you asking for money damages?
21  A  I am.
22  Q  How much?
23  A  It's -- what is it? There's seven individuals.
24     The judge knocked down most of it, but it's
25     basically 50 and 20 for each individual. 70,000

Page 37

```
 1    per defendant.
 2  Q  How did you calculate that amount for each
 3     defendant?
 4  A  Well, basically just going through litigation
 5     material and stuff like that.  I didn't want it to
 6     be excessive, and I didn't want to be -- I don't
 7     know.
 8  Q  So was it like jury verdicts for similar cases?
 9  A  Yeah, that's what I'm saying.  I was going through
10     old litigation stuff, yeah.
11  Q  Do you recall like what jurisdiction or court?
12  A  7th circuit.  I tried -- I tried to study
13     everything out of the 7th circuit, if possible.
14  Q  Did you have any lost wages as a result of the
15     incident?
16  A  No, ma'am.  I was in restricted status housing
17     unit.
18  Q  What witnesses do you intend to call?
19  A  It's hard to say.  The doctors.  I'd like to call
20     the officers, my neighbors.
21  Q  Who are your cell neighbors?
22  A  Darren Bailey and Aaron Isby-Israel
23  Q  What was the first one again?  I'm sorry?
24  A  Darren Bailey.  I don't believe I previously
25     mentioned him but -- even though -- like, I didn't
```

Page 38

```
 1     mention Darren in any of my documents but -- but
 2     the thing is they was in cells -- they was in
 3     neighboring cells.  They could witness it.  You
 4     know what I'm saying?  But like I say, the officers
 5     witnessed it.  The nurses.  Nurse Hutchinson was in
 6     the hallway witnessing it all and you could see in
 7     her -- in one of her e-mails, she even mentions
 8     that it was a beat -- that I got beat up in her
 9     e-mail between her and the doctor when she was
10     trying to get my x-ray for my face after months --
11     a couple months later or whatever it was.
12  Q  You said she was waiting in the hallway during the
13     cell extraction?
14  A  She was out there.
15  Q  Could you see her?
16  A  When I came out of my cell.  Like I say, I wasn't
17     looking for her whenever I was in there.  I was
18     trying to protect myself.
19  Q  You mentioned a John Sawyer, I think?
20  A  John Sawyer.  That was the counselor -- my
21     counselor back there.
22  Q  He was your counselor at WCU?
23  A  Yes, ma'am.
24  Q  Did he witness the cell extraction?
25  A  I can't say, but I do know that he was, you know, a
```

Page 39

```
 1     participant in the investigation.  You know, he --
 2     you know, he was there -- he was basically like a
 3     third party to the whole thing.  You know what I'm
 4     saying.  Like, he knew that -- he knew how
 5     everything played out.  He knew what investigations
 6     went on.  He knew what medical treatment I got.  He
 7     knew how I was treated.  You know what I'm saying?
 8     He's a witness to my treatment, I should say.  He
 9     may not have very well witnessed -- you don't have
10     to be very intelligent to know that I was assaulted
11     while I was in that cell and that the medical
12     documents and all -- the photo documents and -- the
13     fact that they made the video go away.  You think
14     that's coincidental?
15       MS. ABSHIRE:  Okay.  I am going to take about
16     ten minutes.  Go off the record.  And I'm going to
17     talk to Mollie here for a minute.  It's 11:35 your
18     time so we'll reconvene at, oh, 11:45.
19       (A brief recess was taken.)
20  Q  I really -- I don't have very many more questions.
21     So this won't take much longer.  You mentioned
22     Aaron Isby is one of your witnesses.  Can you just
23     describe a little bit about what you would expect
24     him to testify about?
25  A  About what he witnessed, you know, the -- the
```

Page 40

```
 1     sounds he heard, the condition I was in when I came
 2     out of my cell and -- you seen the photo
 3     documentation; right?  That was directly after the
 4     assault.  That next morning when I -- like when I
 5     tried to close my eyes, my eyelids were so swolled
 6     shut, that my eyelids would roll inside themselves.
 7     I was not recognizable.  My ear was swelled up.  I
 8     had lumps everywhere.  Like I say, they pulled out
 9     half my hair.  I said -- that next day I was not
10     recognizable.  He can testify to that.  And I
11     believe that John Sawyer, I don't know if he would,
12     but he seen my condition.  Nurse West, you know.
13  Q  Sorry.  What was the second nurse's name?
14  A  Janice West.
15  Q  And you said John Sawyer saw you after the
16     incident.  Was it like the next day, two days
17     later?
18  A  He done rounds the next day.
19  Q  Okay.  I basically have the same question about
20     Darren Bailey.  What do you expect him to testify
21     to?
22  A  My condition, you know.  The condition that I was
23     in whenever I came out of the cell at that moment
24     and my condition, you know, the days prior to that
25     and then the -- both of them, the treatment too.
```

Page 41

1   Like I say, you can see -- if you go through
2   Ms. Boren, mental health, they had put me in
3   receiving. They left me up in receiving for a
4   couple -- they wouldn't give me no mat. They had
5   me up there sleeping in the floor with no blankets.
6   No nothing. You know what I'm saying? Ms. Boren
7   mentions me sleeping on the floor in receiving in
8   her documentation.
9  Q  And when did you go to receiving?
10  A  I have to look, but it was days later. That was
11     one of the -- that was one of the issues that the
12     judge didn't feel had any merit, I guess. I guess
13     it's acceptable to sleep on the floor with no
14     bedding and no blankets. It's an empty room. It
15     had absolutely no toilet, no running water. All it
16     had in it was a light, and I had no control of
17     that.
18  Q  How long were you in receiving?
19  A  I believe three days, maybe two. And then like I
20     said, the treatment continued. I attempted a
21     hunger strike. And that's in the documentation
22     too. Janice West, you know, was checking on me,
23     you know, doing my vitals and stuff, you know, but
24     then the nurses doing my vitals, I was trying to
25     get, you know, the treatment that I got, and I

Page 42

1   hoped that hunger strike would get some attention
2   for me, but it just -- it just led to more neglect
3   and deprivation and cruel and unusual punishment.
4   The more -- the more I tried to better myself and
5   the more help I sought, the worse I was treated.
6  Q  When did you see Nurse West? Was it like the next
7     day or a couple days later?
8  A  It was days later. Like I said, they have to do --
9     like, when you're on hunger strike and stuff like
10     that, they have to do routine checkups. So
11     whenever she was doing my routine checkups, you
12     know, she'd come and see me.
13  Q  Were you transferred to Indiana State Prison after
14     being at Westville?
15  A  I went from Westville to Miami and then here.
16     Like, when I got to Miami, I got on a Kosher diet,
17     and they don't have no Kosher kitchen so they
18     transferred me here because ISP has a Kosher
19     kitchen because Kosher diets --
20  Q  How long -- go ahead. Sorry.
21  A  And then I was going to bring this -- clarify that
22     the Kosher meals can't just be prepared and served
23     the same way that the regular meals are. That's
24     why they transferred me here.
25  Q  How long were you at Miami?

Page 43

1  A  A brief time. Months. Probably a quarter of the
2     year. Three or four months. Just long enough to
3     get -- you know, to get on a Kosher diet and get
4     the transferred approved.
5  Q  Okay. Well, that's all the questions I have for
6     you. We talked about this earlier. Like,
7     normally, if you were represented by counsel, your
8     attorney would have the chance to ask you questions
9     to help you like clarify any of the answers that
10     you gave. So since you're not represented, I'm
11     just going to give you the chance to clarify
12     anything you said earlier that you think maybe you
13     weren't very clear about or you want to add more
14     information about. So here is your chance.
15  A  I don't know how -- I don't know how I can make
16     myself any more clear, ma'am. I was in a
17     restricted status house unit. They wanted to I
18     guess make -- make an example out of me. It
19     failed. Then they came to my cell, and I threw the
20     -- they wasn't -- you know, I threw -- basically
21     fended them off the best I could, you know, keeping
22     then off me. When they got me down, I feel like
23     their ego was in jeopardy because they didn't
24     succeed in -- after they took my property, then
25     they sprayed me and then they assaulted me. And

Page 44

1   none of this was getting them nowhere. So I don't
2   -- I don't know.
3  Q  Actually, you know, I did -- I'm sorry. I did
4     think of one more question. You said you received
5     a conduct report after the incident with Officer
6     McGowan?
7  A  I received -- I received a conduct report with
8     McGowan and I received one with -- who was it?
9  Q  Oh, probably Krause.
10  A  Yes. Yeah, Krause for his finger.
11  Q  Were you found guilty ultimately on the McGowan
12     charge?
13  A  You don't beat conduct reports in the DOC. They
14     think that a conduct report here, you're
15     automatically assumed guilty.
16  Q  So you did not like appeal it or anything?
17  A  I can't -- I don't recall. Like I say, I typically
18     try to go through the paper process. Me saying
19     that you don't beat conduct reports in the DOC,
20     that ain't true. I -- you can beat them, but under
21     this circumstance, like I say, they had it out for
22     me from the beginning. So there was no way that I
23     was going to beat anything. It wouldn't have
24     mattered if I -- they could have that video
25     documentation that they made disappear. If they --

**Page 45**

1  you know, I requested that in my hearing -- for my
2  screening hearing, the documentation. They had it
3  then, and I got John Sawyer's request where I asked
4  him. That next day after I read that request, he
5  came to my door and informed me that Westville's
6  legal liaison would not allow me to review the
7  video footage, that it was a safety to security
8  threat, that I would have to appoint -- find
9  counsel or get counsel appointed to me to receive
10 that video footage.
11      MS. ABSHIRE: Can we go off the record for a
12 second?
13      (A discussion was held off the record.)
14      MS. ABSHIRE: Okay. So I don't have any more
15 questions then. So what's going to happen now is
16 that the court reporter is going to make a
17 transcript of everything that we've said today on
18 record. She's going to send me a copy of it. You
19 will have the right to purchase your own copy if
20 you'd like. You have the right to read, review,
21 and sign the transcript. You aren't going to be
22 able to keep that copy but you can at least review
23 it. It's your right to review it limited to things
24 like -- like if there's a typo or someone's name is
25 spelled wrong and you know how to spell the name,

**Page 46**

1  like you can make that note. You'll have 30 days
2  from receiving the transcript to review it and sign
3  it and send it back. You can always waive your
4  right to review it if you don't want to, you know,
5  review it for typos or anything. Would you like to
6  review the transcript or would you like to waive
7  the right?
8       THE WITNESS: I believe that I made my case
9  clear. I don't -- I don't feel there's any need to
10 review the transcript.
11      MS. ABSHIRE: Okay. So you're going to waive
12 the right?
13      THE WITNESS: That's right.
14      (The deposition concluded at 11:54 a.m.)
15
16
17
18
19
20
21
22
23
24
25

**Page 47**

1               UNITED STATES DISTRICT COURT
2               NORTHERN DISTRICT OF INDIANA
                      LAFAYETTE DIVISION
3
   JAMES LARKIN,                )
4                                )
             Plaintiff,          )
5                                )
        vs.                      )    Case No.
6                                )  4:18-CV-00065-JVB-JEM
   SGT. BRADFORD, et al.,        )
7                                )
             Defendants.         )
8
9
                Job No. 155176
10
11      The deposition of JAMES LARKIN, taken in the
   above-captioned matter, on August 13, 2020, and at the
12 time and place set out on the title page hereof.
        It was requested that the deposition be
13 transcribed by the reporter and that same be reduced to
   typewritten form.
14      It was agreed that the reading and signature
   by the deponent to the deposition were waived on behalf
15 of the parties Plaintiff and Defendants by their
   respective counsel, the witness being present and
16 consenting thereto, the deposition to be read with the
   same force and effect as if signed by said deponent.
17
18
19
20
21
22
23        STEWART RICHARDSON & ASSOCIATES
           Registered Professional Reporters
24          915 Main Street, Suite 405
               Evansville, IN  47708
25                (812) 477-4449

**Page 48**

1  STATE OF INDIANA      )
                         )
2  COUNTY OF VANDERBURGH )
3
4       I, Elizabeth A. Taylor, RPR, a Notary Public
5  in and for said county and state, do hereby certify
6  that the deponent herein, JAMES LARKIN, was by me
7  first duly sworn to tell the truth, the whole truth,
8  and nothing but the truth in the aforementioned
9  matter;
10      That the foregoing deposition was taken on
11 behalf of the Defendants; that said deposition was
12 taken at the time and place heretofore mentioned
13 between 10:41 a.m. and 11:54 a.m.;
14      That said deposition was taken down in
15 stenograph notes and afterwards reduced to typewriting
16 under my direction; and that the typewritten
17 transcript is a true record of the testimony given by
18 said deponent;
19      And that the reading and signature to the
20 deponent to the deposition were waived on behalf of
21 the parties Plaintiff and Defendants by their
22 respective counsel, the witness being present and
23 consenting thereto, the deposition to be read with the
24 same force and effect as if signed by said deponent.
25      I do further certify that I am a disinterested

Page 49

```
 1   person in this cause of action; that I am not a
 2   relative of the attorneys for any of the parties.
 3            IN WITNESS WHEREOF, I have hereunto set my
 4   hand and affixed my notarial seal this 24th day of
 5   August, 2020.
 6
 7
 8
 9
10
11
12
13   Job No. 155176
14
15
16
17
18
19
20
21
22
23
24
25
```



Elizabeth A. Taylor
NOTARY PUBLIC SEAL
STATE OF INDIANA
Commission No. NP0670402
My Commission Expires Aug. 13, 2023

Index: 10th..bones

**Exhibits**

**James Larkin Ex A** 4:3 18:11,12, 14

**1**

**10th** 9:3
**11:35** 39:17
**11:45** 39:18
**11:54** 46:14
**14** 8:6
**15** 8:6 26:23

**2**

**20** 14:16 36:25
**2019** 9:3

**3**

**30** 26:23 28:6 46:1
**32** 8:1
**33rd** 8:1

**5**

**50** 36:25

**6**

**6'5** 25:7

**7**

**70,000** 36:25
**7th** 37:12,13

**A**

**a.m.** 46:14
**A102** 9:21
**Aaron** 18:4,6 37:22 39:22

**ability** 7:9
**abrasions** 36:1
**Abshire** 5:5,6 11:18,21 18:7,11,16 35:21 39:15 45:11,14 46:11
**absolutely** 35:21 41:15
**acceptable** 41:13
**accounts** 25:11
**accurate** 17:10
**acting** 12:24
**add** 43:13
**address** 13:4
**addressed** 8:23
**administer** 16:1,2,4
**administered** 16:22 18:18 19:1
**administrative** 34:13
**admit** 21:17
**affect** 7:9
**ahead** 23:6 42:20
**alcohol** 7:12,13
**allegations** 27:25 28:9 29:9 30:6,22
**alleged** 34:5
**alleging** 29:10,16 31:2 32:11 33:4
**amount** 37:2
**Ankles** 27:20
**answers** 20:19 43:9
**appeal** 44:16
**appoint** 45:8
**appointed** 45:9
**approved** 43:4
**April** 9:3
**assault** 9:21 11:2 16:21 21:10 23:21 29:25 30:16 31:15 33:23 35:11 40:4
**assaulted** 13:20 24:23 30:17 31:20, 21 39:10 43:25
**assaulting** 32:2,6
**assaults** 31:22,24
**assigned** 5:13
**assume** 7:4

**assumed** 44:15
**attack** 31:10
**attempt** 17:2
**attempted** 41:20
**attention** 36:11 42:1
**attorney** 5:7,8;13 43:8
**automatically** 44:15
**aware** 26:21

**B**

**Bach** 28:8,10,11 29:9 30:2,3,7,8,12, 13,17,22,23 31:3
**back** 9:16 11:4 13:2,21 21:10 22:15 24:7 25:4,13,16 28:21,25 29:20 30:11,19,25 35:2,4,6 36:2 38:21 46:3
**backed** 32:21
**background** 7:25 8:18
**backwards** 12:18
**bag** 25:3
**Bailey** 37:22,24 40:20
**basically** 10:11 12:11 21:5 35:12 36:25 37:4 39:2 40:19 43:20
**beat** 9:1 28:3 38:8 44:13,19,20,23
**beating** 14:11 32:9
**bedding** 41:14
**begging** 21:14,15 28:6
**beginning** 44:22
**belonged** 10:16
**bipolar** 13:7
**birthday** 8:1
**bit** 6:18 7:25 9:5 28:25 32:10 36:16 39:23
**blankets** 13:3 41:5,14
**bleeding** 34:23
**block** 25:5
**blood** 34:22
**body** 30:10,19,25
**bones** 28:23

**Boren** 41:2,6

**Bradford** 21:3 22:23 23:1,7,23,24 25:7,20 26:22 27:25 34:16

**Bradford's** 35:10

**break** 11:21 35:19

**breaking** 28:22

**bring** 42:21

**bringing** 29:13

**broke** 28:16,17,19 34:5

**brought** 8:15 12:1

**bruised** 36:2

**bruises** 33:7

**building** 10:14 14:17 22:4

---

**C**

**calculate** 37:2

**call** 37:18,19

**called** 5:2

**calling** 16:15

**calmed** 25:15

**camp** 22:8

**care** 34:24

**case** 5:9,14 12:25 26:25 32:6 46:8

**cases** 37:8

**catching** 23:22

**caught** 25:2

**caused** 33:7

**cell** 8:22,25 9:5 10:3,6,9,10,15,17,22 11:5,15 12:8,13,14,16 13:19,22 14:25 15:3,5,15,23,24 17:1 19:20,22 20:1,22,25 21:4 22:19,20,25 23:1,5, 16 24:22 25:11,13,14,19 26:7 27:5, 11,12 28:13 29:22 30:16 32:22 33:9, 11,13 34:1,11 35:2,4,9 37:21 38:13, 16,24 39:11 40:2,23 43:19

**celled** 12:10

**cells** 38:2,3

**chain** 19:15

**chance** 24:1 43:8,11,14

**charge** 9:20 29:14,15 44:12

**charges** 28:20,23

**checking** 41:22

**checkups** 42:10,11

**chronological** 35:12

**circuit** 37:12,13

**circumstance** 15:1 44:21

**circumstances** 20:9

**civilly** 13:4

**claim** 31:2

**clarify** 20:18 42:21 43:9,11

**class** 9:21

**cleaned** 34:21

**clear** 11:10 14:13 43:13,16 46:9

**close** 40:5

**clothes** 11:7

**clothing** 11:8 14:1 15:8

**coincidental** 39:14

**collect** 24:17

**comp** 34:7

**compensation** 36:17

**complete** 6:24

**completed** 8:3

**completely** 6:20

**concerned** 21:20,21

**concluded** 46:14

**condition** 40:1,12,22,24

**conduct** 9:6,17,19 14:11 16:21 33:25 34:4,6,7 44:5,7,13,14,19

**container** 24:18

**continued** 41:20

**control** 8:11 22:9 34:23 41:16

**controlled** 7:22 10:24

**conviction** 8:13

**copy** 17:10 45:18,19,22

**corner** 21:5 24:12,14 27:17 29:1,4 32:22

**cornered** 24:11

**correct** 12:3 17:15

**Correctional** 8:11

**counsel** 43:7 45:9

**counselor** 38:20,21,22

**couple** 31:6 38:11 41:4 42:7

**court** 5:24 6:7 37:11 45:16

**Courtney** 5:6

**covered** 17:1

**coworker** 5:12

**criminal** 12:25 23:20

**cruel** 31:4 42:3

**cuff** 9:25 10:8,11 13:10,12,14,17,18 14:6,14 15:3,6,7,10,13 16:7 19:13, 18

**cuffed** 15:13 19:4

**cuffing** 13:22,25 14:22 20:14

**cuffs** 36:4

**cup** 9:14,24 12:20

---

**D**

**damage** 35:14,16 36:3

**damaged** 35:15,16

**damages** 36:17,20

**Darren** 37:22,24 38:1 40:20

**date** 9:2

**day** 9:7 10:4 22:4,12 40:9,16,18 42:7 45:4

**days** 40:16,24 41:10,19 42:7,8 46:1

**deal** 36:14

**decade** 5:20

**decided** 10:15

**decontamination** 34:17

**defend** 32:3

**defendant** 30:5,6 37:1,3

**defendant's** 18:14

**defendants** 5:2,9 8:16,22 27:23 28:8

defense 32:3

deflect 31:22

delay 6:18

delivering 9:13

demeanor 21:12

deposed 5:17

deposition 7:16,21 46:14

depression 13:7

deprivation 42:3

deputy 5:7,12

describe 22:24 35:23,24 39:23

diet 42:16 43:3

diets 42:19

directly 35:4 40:3

disappear 44:25

disciplinary 20:12

discussion 11:23 45:13

distance 32:8

DOC 28:23 36:13 44:13,19

doctor 35:2 38:9

doctors 37:19

document 17:9,14

documentation 40:3 41:8,21 44:25 45:2

documents 7:15,17 38:1 39:12

door 17:1 20:2 25:3 26:9 29:22 45:5

dressed 20:24

drop 30:25

dropped 30:24

dropping 30:10,11,18,19

drug 36:12

drugs 7:12,13 36:13

dude 31:18

duly 5:3

---

**E**

---

e-mail 38:9

e-mails 38:7

Eakins 13:16 16:24 17:25 33:8

ear 40:7

earlier 9:7 20:19 43:6,12

education 8:2

effect 5:24

ego 43:23

Eleventh 8:4

emerg 19:10

empty 12:16 19:20 20:1 41:14

end 20:18 21:9

ended 35:15,16

entered 22:20,25 23:1 26:7 27:4

entire 10:4,13 12:5,6 14:17,18 22:4, 5 27:10 33:16,23

episode 13:8 16:14 19:11

escalated 8:24 13:8

events 8:7,19 11:11 19:15

exact 11:5 21:17 33:2 35:4

EXAMINATION 5:4

examined 5:3

excessive 29:10,12 30:1 31:2,4 32:12 33:4,5 37:6

exhibit 17:2 18:10,11,14

expect 39:23 40:20

extra 6:16

extraction 9:6 14:4 15:3,5,16,23,25 20:23,25 22:19 33:9 34:1 35:9 38:13,24

eyebrow 26:1,10,25 33:7

eyelids 40:5,6

eyes 40:5

---

**F**

---

face 21:16,18 26:13 27:15 28:4 31:7 33:1,6 38:10

facility 8:12 10:5 22:11

fact 21:1 39:13

failed 29:16 31:9 43:19

failure 29:13

fair 7:5

familiar 5:11 23:20

fear 28:7

feel 25:24 41:12 43:22 46:9

feeling 27:2

felt 21:16 26:22,23 31:7 33:1

fend 31:17

fended 43:21

file 34:6,7

filed 8:16 17:11

files 13:1

find 45:8

finger 28:17,19 34:5 44:10

finished 6:21

floor 33:6 41:5,7,13

food 9:13 11:6

footage 45:7,10

force 5:24 29:10,11 31:2,4 32:12,13 33:4,5

forced 24:5

found 44:11

front 17:8 21:24

full 7:10 17:19 19:22 20:24

full-fledged 16:14

fully 6:24

---

**G**

---

gang 14:12

gave 43:10

gear 17:19 20:24

general 5:7,13

General's 5:8

give 7:10 17:3 20:17 36:13 41:4 43:11

giving 5:23 6:1

glove 28:3

gloves 17:20

grabbed 23:8 26:11 33:5

great 17:3

grievance 17:11

ground 26:13 30:9,24 32:18

grown 27:16

guess 28:5 41:12 43:18

guilty 44:11,15

guys 20:8

### H

hair 26:11 33:5 36:2 40:9

half 40:9

hallway 33:13 38:6,12

hand 28:2 36:5

hands 36:3

happen 45:15

happened 9:5,7,12,22 22:24 34:10

happening 35:15

hard 6:10 15:18 16:11 37:19

head 6:9,10 24:7 26:12 27:2 28:4,18 29:20 33:6

health 16:15 21:21 41:2

heard 40:1

hearing 45:1,2

held 11:23 45:13

helmets 17:20

hid 21:5

high 22:7

higher 33:15

highest 8:2

hit 25:5,7,20 32:18

hold 32:15

holding 22:22 24:4 29:1,3

hoped 42:1

hose 25:15

house 43:17

housing 7:22 10:24 13:19 14:7 19:21 22:10 37:16

hunger 41:21 42:1,9

Hutchinson 34:24 38:5

### I

idea 17:6

identification 18:15

ignoring 13:5

imagine 16:9,11

immediately 16:7 22:24 31:20,21 34:10

important 6:8,11,15,16

impression 25:23 26:20

incident 9:2,9 10:5,18,19,23 12:2,4, 7,15 15:14 22:14 25:12 36:6 37:15 40:16 44:5

indecipherable 11:17

Indiana 5:7 8:5,8 42:13

individual 18:25 21:4 22:17 26:11 28:11 29:19 36:25

individuals 17:18 22:6 23:15 32:9 36:23

infected 35:17

influence 7:13

information 7:25 17:23 22:17 43:14

informed 9:25 45:5

initially 24:5 31:13

initiated 9:11

injuries 35:25 36:8

inside 40:6

intelligent 39:10

intend 37:18

intention 15:17

intentions 23:22

interrogatory 35:8

intervene 21:22 29:13,16 31:9

intervened 33:17

Intervening 29:15

investigation 17:22 39:1

investigations 39:5

involving 9:9

Isby 39:22

Isby-israel 18:4,6 37:22

ISP 42:18

issue 36:14

issues 41:11

### J

Jackson 34:23,25

JAMES 5:1

Janice 40:14 41:22

jeopardy 43:23

John 38:19,20 40:11,15 45:3

judge 5:25 36:24 41:12

jump 29:20

jumped 32:17,18

jumping 14:12 21:9

jurisdiction 37:11

jury 5:25 37:8

### K

keeping 43:21

kick 23:17

kicked 23:4

kid 29:7

kill 21:15

kitchen 42:17,19

knees 30:10,11,18,24

knew 15:22 17:21 25:9 31:8 32:20, 23 39:4,5,6,7

knocked 9:22 36:24

knowledge 17:16

Kosher 42:16,17,18,19,22 43:3

Krause 30:5,6,7,12,15,17 31:11

44:9,10

**Krause's** 34:5

---

**L**

**Larkin** 5:1,6 35:23

**lawsuit** 8:7,15,16,20,21 36:18

**learned** 17:22

**led** 42:2

**left** 27:12 28:2,4 41:3

**legal** 9:15 12:25 45:6

**level** 8:2 22:7

**liaison** 45:6

**lieutenant** 9:25 13:16 17:25 33:8

**life** 28:7

**light** 41:16

**limited** 45:23

**list** 21:24

**listen** 5:15

**litigation** 37:4,10

**long** 8:5 27:3,7,8,9 41:18 42:20,25 43:2

**longer** 39:21

**looked** 21:15

**losing** 35:7

**lost** 37:14

**lot** 22:5,11,14,16

**low** 22:7

**lumps** 40:8

**lunch** 11:25

---

**M**

**made** 17:14,15 39:13 44:25 46:8

**make** 6:13,24 14:13 20:8,20 43:15, 18 45:16 46:1

**makes** 12:17 20:10

**manic** 13:7,8 16:14 19:11

**mark** 18:9,11

**marked** 18:14

**masks** 17:19

**mat** 13:3 25:14 41:4

**material** 37:5

**mattered** 44:24

**mattress** 11:7,9 15:8

**max** 22:10

**Mcgowan** 9:10,23 10:18 12:3,4,7 15:14 44:6,8,11

**meals** 42:22,23

**means** 6:3

**mechanical** 16:19 18:19,21 27:4,13

**medical** 11:4 13:21 35:13 36:7,11 39:6,11

**medication** 7:7,9

**men** 27:16

**mental** 16:15 41:2

**mention** 38:1

**mentioned** 33:12 35:7,13,14 37:25 38:19 39:21

**mentioning** 32:1,5

**mentions** 38:7 41:7

**merit** 41:12

**Miami** 42:15,16,25

**mind** 5:22

**minute** 39:17

**minutes** 14:16 27:6,11 39:16

**mixed** 30:7

**Mollie** 5:12 39:17

**moment** 40:23

**monetary** 36:17

**money** 36:20

**months** 8:6 38:10,11 43:1,2

**morning** 40:4

**move** 8:19 15:2 20:4 30:5 36:16

**moving** 19:12

---

**N**

**naked** 25:13

**neglect** 31:6 42:2

**neglected** 31:7 32:13

**neighboring** 38:3

**neighbors** 37:20,21

**Nerve** 36:2

**nod** 6:9

**note** 46:1

**noticed** 6:17

**number** 21:3

**Nurse** 34:24 38:5 40:12 42:6

**nurse's** 34:18,19 40:13

**nurses** 38:5 41:24

---

**O**

**O.C.** 16:1,4,6,8,19,23 18:18,22 19:1, 3,12,14 24:17 25:2,10,18 26:8 34:13

**oath** 5:23 6:1,4,6

**occur** 35:8

**offender** 14:19 22:7

**Office** 5:8

**officer** 9:9,23 10:18 13:14 15:14 16:22 21:6 22:22 23:19,23,24 24:16 25:20 26:15 28:8,10,11 30:2,3,12, 13,17,22,23 31:3,10 32:11 33:3 34:4,15 44:5

**officer's** 28:23

**officers** 10:14 19:6 20:25 22:11 23:10,14,15,25 24:11,13,14 25:5 26:21 27:3 29:3 33:15 34:4,10 37:20 38:4

**open** 26:10 27:2

**opened** 25:3 26:9 29:22

**opportunity** 6:23 20:18

**order** 11:10 13:10 16:20 18:22 19:16 34:7 35:12

**ordered** 10:8 13:14 15:13 16:7 19:13

## P

**pad** 25:8,18 33:12,20,21

**paper** 44:18

**paperwork** 9:16

**part** 21:12 32:20,24 33:9

**participant** 39:1

**party** 39:3

**passing** 33:24

**people** 29:1

**pepper** 17:24

**perform** 35:1

**performed** 35:3

**person** 14:15,18

**personally** 17:21

**photo** 39:12 40:2

**place** 8:8,10 14:9 20:11

**planned** 15:7

**played** 39:5

**point** 9:8 11:14 12:24 14:2,10 15:9 16:13 19:24 20:12 21:8,13,14 24:10 27:23 28:6 30:2,3 31:10,17 32:15,24 34:21,25

**pointless** 11:3

**preparation** 7:20

**prepare** 7:15

**prepared** 42:22

**present** 33:9,16

**pressed** 28:24

**prevent** 29:17

**previously** 37:24

**prior** 9:5 10:7,19,25 12:6 14:16 40:24

**Prison** 8:5,8 42:13

**problem** 36:12

**procedure** 14:10 16:16 35:1,3

**process** 44:18

**pronounced** 9:10

**proper** 14:10 16:16

**property** 8:23 9:15 10:7,25 11:16,24 12:22 36:19 43:24

**protect** 32:7 38:18

**pull** 35:17

**pulled** 40:8

**pulling** 36:1

**punch** 23:3,17,19 29:19

**punched** 25:24 28:4 29:19

**punches** 23:14,16 28:14,16 29:23

**punching** 28:18

**punishment** 31:5 42:3

**purchase** 45:19

**purpose** 12:19

**purposes** 20:12

**put** 10:3,6,9 11:4 13:21 14:9,22,24 20:12 24:11,14 25:13 27:13 35:5 41:2

## Q

**quarter** 43:1

**question** 6:21,23 7:1,4,5 24:25 40:19 44:4

**questions** 5:5,14 6:8,12 8:18 20:15 39:20 43:5,8 45:15

**quick** 35:19

## R

**range** 33:22

**ranking** 33:15

**read** 7:17 17:6,7 34:13,15 45:4,20

**reason** 10:7,14 11:16 12:22

**reasoning** 34:8

**rec** 25:8,18 33:12,19,21

**recall** 5:19 13:14 16:10 18:24 19:13 20:24 21:19,23 22:22 24:10,14,15 26:15 27:13 29:3,7,8 34:15 37:11 44:17

**recalled** 22:1

**receive** 9:17,19 33:25 34:19 45:9

**received** 9:6 35:25 44:4,7,8

**receiving** 36:7 41:3,7,9,18 46:2

**recently** 7:17

**recess** 35:22 39:19

**recite** 21:25

**recognizable** 40:7,10

**recollect** 25:9

**recollection** 16:12

**reconvene** 39:18

**record** 11:11,22,23 23:20 39:16 45:11,13,18

**recorded** 6:7

**records** 35:13

**refuse** 13:12,17 14:14 16:18

**refused** 15:3

**refusing** 16:20

**regular** 42:23

**remember** 27:1 32:24 33:24

**removed** 34:11

**repeatedly** 11:1 17:24 26:12 33:6

**rephrase** 7:3

**report** 9:6,17,19 14:11 16:21 34:4 44:5,7,14

**reporter** 6:7 11:19 18:5,9,13 35:19 45:16

**reports** 33:25 44:13,19

**represent** 5:10

**represented** 43:7,10

**represents** 5:8

**request** 45:3,4

**requested** 7:17 45:1

**response** 19:7

**responses** 35:8

**restrain** 21:6 32:16

**restrained** 27:18 28:1

**restraints** 9:1 16:19 18:20,21 19:23 27:4,14 30:24

Index: restricted..swelling

**restricted** 13:18 14:7 37:16 43:17

**restrictive** 19:21

**result** 35:10 37:14

**review** 7:15 45:6,20,22,23 46:2,4,5, 6,10

**ribs** 30:11,19,25 36:2

**riot** 17:19

**rob** 14:1

**robbery** 8:14

**roll** 40:6

**room** 41:14

**root** 35:16

**rounds** 40:18

**routine** 42:10,11

**running** 11:9 41:15

**Ryan** 21:4,6 24:9 31:6,8 32:11

---

**S**

**safety** 25:20,22 45:7

**sake** 11:11

**Saturday** 8:1

**Sawyer** 38:19,20 40:11,15

**Sawyer's** 45:3

**screaming** 15:19

**screen** 17:4,7

**screening** 45:2

**search** 13:10 14:15 15:9,11 22:5

**searched** 14:16 15:4,6

**seconds** 27:1

**secured** 22:10

**security** 45:7

**seeking** 36:17

**seg** 14:8,23 20:1,11

**send** 45:18 46:3

**sense** 6:13,24 12:17 20:10

**senses** 25:17

**sergeant** 21:2 24:8 26:16

**served** 42:22

**shake** 6:9

**she'd** 42:12

**sheet** 25:8

**sheets** 13:2

**shield** 22:20,22 23:8 25:7,21,22 26:5,6

**shift** 21:2

**shook** 10:13 11:15 14:18,19 22:4

**shooken** 10:4

**shove** 23:13,23,24,25 30:2 31:10

**shoved** 31:14

**shoving** 32:1,4,5

**shower** 11:4 13:21 14:2,3 33:24 34:12,17

**shut** 12:5,6 40:6

**side** 24:7 28:4 29:20

**sign** 45:21 46:2

**similar** 37:8

**single** 14:18,19 16:24 24:23 25:6

**slammed** 26:12 28:13 31:13 33:6

**sleep** 41:13

**sleeping** 41:5,7

**Slinker** 5:12

**slot** 9:14 12:21

**smacked** 9:13,14 12:20

**soft** 35:14

**someone's** 45:24

**sore** 36:2

**sort** 7:7

**sought** 36:11 42:5

**sounds** 40:1

**speak** 7:20,23

**specific** 27:22

**specifically** 16:10 22:2

**spell** 45:25

**spelled** 45:25

**split** 26:1,10,24,25 33:7

**spray** 11:1 16:1,4,6,8,19,23 18:19, 22 19:1,3,12,14 24:17 25:2,10 26:8

**sprayed** 8:25 11:6 17:25 19:2,8,18, 25 25:14 43:25

**spraying** 10:2 20:2 25:2

**staff** 9:21 23:21

**standing** 20:1 24:1,3 31:19

**start** 6:21,22 9:4 20:22

**started** 10:1,2 21:10 22:15

**state** 8:5,8 13:2 42:13

**state's** 22:9

**statement** 17:14

**station** 34:18,20

**status** 10:3,6,9,10,12 13:19 14:7 19:21 37:16 43:17

**stems** 36:6

**stepped** 21:10 29:22 30:16

**stop** 28:7

**strike** 28:11 41:21 42:1,9

**strip** 10:3,6,9,10,17,22 12:8,10,13, 15,19 13:9

**stripped** 12:14,16

**stripping** 12:12

**struck** 24:6 25:24 26:22 28:3

**study** 37:12

**stuff** 11:6 22:18 30:18 37:5,10 41:23 42:9

**style** 14:12

**submit** 16:18 18:19 19:3

**submitted** 18:21

**succeed** 43:24

**suffer** 13:7

**super** 22:10

**surgical** 35:1,3

**sustained** 36:8

**swelled** 40:7

**swelling** 36:1

**swolled** 40:5

**sworn** 5:3

---

**T**

**taking** 7:7 12:22 15:8 16:15 34:24

**Talbot** 24:8 26:16,18,19 29:5 33:3

**talk** 6:15 11:19 16:6 39:17

**talked** 35:23 43:6

**talking** 30:12,13

**team** 20:25 21:23 22:5,19

**technology** 17:4

**television** 12:25

**telling** 14:6 15:6,7,10 17:23

**ten** 27:1 39:16

**testified** 5:3 31:25

**testify** 39:24 40:10,20

**testimony** 5:22 6:1,6 7:10 20:16

**text** 17:7

**thing** 12:21 24:23 27:8,10 31:5
  33:23 36:12 38:2 39:3

**things** 5:21 45:23

**thinking** 20:7

**thought** 21:14 33:1

**threat** 19:23,24 20:3 45:8

**threw** 23:1,3,4,7,9,16 25:3 31:18
  43:19,20

**throw** 23:14,16 24:20 26:8

**throwing** 23:17 28:14,16 29:22

**thrown** 24:22

**time** 10:24 11:20 15:21 16:24 19:21
  21:18 23:3,5 24:9 25:9 27:11,12
  30:4 33:16,17,18 39:18 43:1

**times** 8:25 16:2,3,4 22:13 25:24
  26:14,23 28:6 29:20 31:1

**tingling** 36:5

**tissue** 35:14

**today** 5:23 6:1 7:10,21 8:13,14
  20:16 45:17

**toilet** 11:9 41:15

**told** 9:14 10:10 12:8 17:25 18:1 19:7

**tooth** 35:7,17,24

**top** 25:8 26:11 28:2

**touch** 23:10,13 30:4

**touched** 25:22 26:3,5 28:17 30:3

**transcribe** 6:11

**transcript** 45:17,21 46:2,6,10

**transferred** 42:13,18,24 43:4

**tray** 9:14,22,24 12:20

**treat** 36:9,10

**treated** 39:7 42:5

**treatment** 34:19 36:7 39:6,8 40:25
  41:20,25

**true** 17:15 44:20

**truthful** 7:10

**turns** 21:11

**TV** 32:21

**typically** 15:20 44:17

**typo** 45:24

**typos** 46:5

---

**U**

**uh-huh** 6:10

**uh-uh** 6:10

**ultimately** 44:11

**underlying** 8:7,19

**understand** 5:9,25 6:3 7:2 17:18
  20:8 22:3 23:12 25:6 29:15 31:21
  33:11

**understood** 6:14 7:4 15:20

**unit** 7:22 8:11 10:24 12:5,6 14:7,8,
  24 19:21 20:1,11 22:9 37:17 43:17

**units** 22:10

**unknown** 19:10

**unnecessary** 29:11 30:1

**unusual** 31:4 42:3

---

**V**

**verbally** 6:9

**verdicts** 37:8

**video** 6:17 39:13 44:24 45:7,10

**violence** 29:17

**violent** 29:18

**vitals** 41:23,24

---

**W**

**wages** 37:14

**wait** 6:20 30:7

**waiting** 38:12

**waive** 46:3,6,11

**walked** 9:24

**wall** 24:2,3,4 28:14,15 31:14,19

**wanted** 12:13,15 13:9 43:17

**wanting** 12:19

**warned** 19:2,17

**warning** 34:13,15

**watch** 5:15

**watching** 33:15,19,21

**water** 11:7,9 25:14 41:15

**WCU** 22:12 38:22

**weight** 30:10,19,25

**welfare** 21:21

**West** 40:12,14 41:22 42:6

**Westville** 8:11 22:8 42:14,15

**Westville's** 45:5

**window** 25:11,18,19 33:12,20,21

**wise** 36:19

**witnessed** 38:5 39:9,25

**witnesses** 37:18 39:22

**witnessing** 38:6

**words** 6:12 8:21

**work** 22:12

**workman's** 34:7

**worse** 42:5

**wound** 34:22

**wrists** 27:18

**writing** 17:7

**wrong** 10:13 12:23 17:17 31:8,9
  45:25

---

### X

**x-ray** 38:10

**x-rays** 35:14

---

### Y

**year** 43:2

**years** 15:22 23:21

**young** 29:7