## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| JAMES LARKIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 4:18-cv-00065-JVB-JEM |
| | ) | |
| JEFFREY ARMSTRONG, | ) | |
| MICHAEL BACH, | ) | |
| CALVIN BRADFORD, | ) | |
| EVIN EAKINS, | ) | |
| ANDREW KRAUSE, | ) | |
| TIM RYAN, and | ) | |
| GEOFFREY TALBOT | ) | |
| | ) | |
| Defendants. | ) | |

### Declaration of Lieutenant Evin Eakins

I, Evin Eakins, am an adult competent to testify who has personal knowledge of the following and declare under penalty of perjury:

1.　　On April 10, 2018, I was employed by the Indiana Department of Correction as a Lieutenant at Westville Control Unit. I worked as the shift supervisor for the Control Unit for the 6:00 a.m. to 6:00 p.m. shift.

2.　　That day, I assembled a cell extraction team for Offender Larkin because he had assaulted an officer with an unknown liquid.

3.　　Throwing an unknown liquid on staff constitutes battery on staff. The policy at the time dictated that whenever an offender threw an unknown liquid on staff, the offender would be ordered to submit to mechanical restraints so that officers could place the offender on "strip cell" status for 24 hours. Strip cell status meant

1

removing all items from the offender's cell that could be used to harm either himself or staff. If an offender refused to submit to restraints, then a cell extraction team would be assembled to remove the offender from his cell.

4.      The purpose of placing an offender on strip cell status after throwing unknown liquid on staff was twofold. First, it ensured that any item the offender could use to collect and throw liquid got removed from the offender's cell. Second, it served as a corrective measure to deter the offender from assaulting staff with unknown liquids again in the future.

5.      Even if Offender Larkin's cell had been shaken down for contraband earlier in the day, strip cell status for Offender Larkin still would have been warranted. Officers needed to remove any items that could be used to collect and throw liquid.

6.      As shift supervisor, I would read out the shift supervisor briefing in what we call the "ready room," where cell extraction teams meet prior to an extraction to go over the protocol and plan. On camera, in the ready room, I read aloud the cell extraction shift supervisor briefing. A true and accurate copy of the cell extraction briefing for Offender Larkin's extraction is attached as Exhibit A.

7.      As the shift supervisor, policy dictated that I remain in a secure location off the pod during emergency situations such as cell extractions. Should something go wrong, like if the offender being extracted managed to physically overtake the extraction team, I needed to be in a secure location to direct staff how to respond accordingly.

8.      While I do not recall with certainty where I was during Offender Larkin's cell extraction, I was likely in my office. I typically used my office as the secure location, so that I could continue doing my job of running the Control Unit as shift supervisor while the cell extraction took place.

9.      I did not observe the cell extraction of Offender Larkin.

10.     I also did not administer any of the three OC sprays that Larkin alleges I administered.

11.     Generally, an officer would administer OC spray if an offender refused orders to submit to mechanical restraints in order to regain compliance and to ensure facility and staff safety. As a part of the staggered escalation of use of force, one of the extraction team members would have ordered Offender Larkin to submit to mechanical restraints more than once in an attempt to gain compliance before resorting to the cell extraction.

12.     After receiving notice that an offender had been restrained, I would leave the secure location to observe the team removing the offender from the pod. I did this both to evaluate the offender's condition and the extraction team members' conditions. While I do not specifically recall Offender Larkin being removed from the pod to go to decontamination, it is very possible that Offender Larkin saw me watching him being removed from the pod and taken to the shower.

13.     As a required part of the cell extraction protocol, an officer would record all of the team's actions in writing in case something happened with the video

recording. A true and accurate copy of the recorder's notes for Offender Larkin's cell extraction is attached as Exhibit B.

14.     Furthermore, policy required that all cell extraction team members submit use of physical force reports following the administration of chemical agents like OC spray and the administration of physical force during a cell extraction. All cell extraction team members were required to submit use of physical reports to me for review and approval. I would then submit the reports to the Captain on duty. The use of physical force reports attached as Exhibit C are true and accurate copies of the use of physical force reports submitted following the cell extraction of Offender Larkin.

**I AFFIRM, UNDER PENALTIES OF PERJURY, THAT THE FOREGOING REPRESENTATIONS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

9-16-20
Date

Evin Eakins

4

# WESTVILLE CONTROL UNIT
## SHIFT SUPERVISOR BRIEFING

My name is  LT. EAKINS , I am the  ☒ 6 AM - 6 PM   Shift Supervisor.
for the Maximum Control Facility.                ☐  6 PM - 6 AM    Shift Supervisor.

Current time is:  2:32 PM    Date is : 4-10-2018

Camera Operator is: KNOCKE . Please state the time and date as it appears
in the camera.

This Team has been assembled to          ☒ Extract offender       Name Larkin, James
                                         ☐ Deploy Pepperball      DOC# 206339
                                         ☐ Deploy water hose
                                         ☐ Deploy OC Chemical agent
The reason for this action is:           ☐ Deploy ICE Shield

OFFENDER ASSAULTED STAFF WITH Bodily FLUID And iS
REFUSING to Submit to mechanical RESTRAINTS TO BE
PLACED oN STRIPCell.

If the offender is extracted, he shall be offered medical treatment.

If the offender complies with the order to cuff up, he shall be shaken down and placed in
full medical medical restraints. His cell shall be stripped out of all property or items harmful
to himself or staff. The offender shall be placed in Cell: A2 - 106

This offender         ☒ does not        ☐ does have a Documented history of weapons.

If Chemical Agents are used, once under compliance, the offender shall be given an order
to strip down to his boxer shorts and be decontaminated with cool running water, dried off,
and given fresh clothing. If OC is deployed, the Administrative Warning will be read to the offender.

At the conclusion of this mission, all staff using or witnessing the use of physical force shall
submit "Use of Force" reports. Staff shall not leave duty until the Shift Supervisor approves
his/her reports.

At this time, I am going to turn this briefing over to the Team Supervisor: Sgt. J. Bower
ease identify your team and dates and proceed with this mission.

## WESTVILLE CONTROL UNIT
### CELL EXTRACTION RECODER NOTES

Page #1

DATE: 4/10/18

TIME: 1432

A7-106

OFFENDER (NAME & NUMBER) Larkin, James #206339

EXTRACTION TEAM MEMBERS
#1 Bradford, Calvin
#2 Bach, Michael
#3 Krause, Andrew
#4 Ryan, ~~Andrew~~ Tim
#5 Talbot, Geoffery

SHIFT SUPERVISOR     LT Eakins, Evan

ASS'T SHIFT SUPERVISOR

MEDICAL     ~~LPN Larson~~ Nurse Hucthison, Katheine

CAMERA     Knocke, Jason

RECORDER     Spigel, Trevor

Camera on @ 1432 hrs          Entered medical @ 1520 hrs
Briefing @ 1432 hrs           Exited medical @ 1609 hrs
Briefing complete @ 1437 hrs  Team enter cell w/ offender @ 1609 hrs
Sgt on pod @ 1438 hrs,        Team exits cell @ 1612 hours
First order given @ 1438 hrs  Debriefing @ 1615 hours
First OC burst administered @ 1438 hrs  Debriefing complete @ 1618 hours
Second order given @ 1448 hrs  Camera off @ 1618 hours
Second OC burst administered @ 1448 hrs
Third order given @ 1458 hrs
Third OC burst administered @ 1458 hrs
Final order given @ 1512 hrs
Entry Team enters @ 1512 hrs
Entry Team exits @ 1514 hrs
Decon started @ 1515 hrs
Decon ended @ 1519 hrs

Lt. Eakins Dec. Exhibit B          Exhibit B Page 6 of 17

# REPORT OF USE OF PHYSICAL FORCE

State Form 36718 (R4 / 1-04)

### INDIANA DEPARTMENT OF CORRECTION

| Name of Institution (1) | Location (2) | Incident Date (3) | Time (4) |
|---|---|---|---|
| Westville Control unit | A7-106 | 4/10/2018 | 12:32 p.m. |

**Team Response (5)**

_____ NA    _X_ QRT First Responders    _____ QRT Weapons Team    _X_ Cell Extraction    _____ E-Squad    _____ K-9

**Type of Force Used (6)**

_X_ Physical Handling    _____ Stun Device    _____ CN    _X_ OC    _____ Impact Weapon    _____ Firearm    _____ Other

| Offender(s) Against Whom Force Was Used (7) | Staff Using or Witnessing Use of Force (11) |
|---|---|
| Larkin, James #206339 | Bradford,calvin/Bach,Michael/Krause,Andrew/Ryan,Tim,Talbot,Geoffery/Knocke,Jason/ Spiegel, Trevor/Bowen, James |

| Use of Force Requested By (8) | | | |
|---|---|---|---|
| McGowan, Alex | | | |

| Title (9) | Time (10) | Title (12) | Time (13) |
|---|---|---|---|
| Officer | 12:32 p.m. | Officer/Sergeant | 12:32 p.m. |

**Detailed Description of Incident Requiring Use of Force, Include Team Position and Weapon if Applicable (Use additional pages if necessary) (14)**

On 04/10/18 at 2:32 PM Offender Larkin, James DOC # 206339 Cell A7-106 refused cuffing and a cell extraction team was assembled. I was the Camera Operator for the cell extraction. Sergeant Bowen, applied 1- 3-Second burst of OCV into Offender Larkin cell A7-106 3 times with 10 minute intervals. He gave Offender Larkin a direct order to submit to mechanical restraints before each application. Offender Larkin was given another direct order to submit to mechanical restraints by Sergeant Bowen and Offender Larkin refused. Sergeant Talbot, opened cell door. Offender Larkin immediately attacked the team by throwing an orange liquid at them and fighting and kicking at the team. After some struggling, Offender Larkin was restrained by the team. Offender Larkin was then escorted to the receiving shower for decontamination. Once Offender Larkin stated he was done with decontamination he was escorted to the Nurse Station on A-Pod for medical evaluation. Offender was medically assessed by Dr. Jackson and Nurse Hutchinson. Offender was then escorted back to his cell A7-106 by cell extraction team. Offender Larkin was placed in cell A7-106 without further incident and the door was closed.

| Child Protective Services (CPS) Notified? (15) | Name of Person Contacted at (CPS) (16) | | Date Contacted (17) |
|---|---|---|---|
| _____ Yes   _X_ No | N/A | | N/A |

| Medical Treatment Given By (18) | Title (19) | Time (20) | Location (21) | Treatment Given (22) |
|---|---|---|---|---|
| Hutchinson, Katheine | RN | 3:20 p.m. | A-Pod Med room | Medical assessment |

| If Transported, By Whom (23) | Title (24) | Time (25) | Shower Supervised By (26) | Title (27) | Time & Return (28) |
|---|---|---|---|---|---|
| N/A | N/A | N/A | Bradford, Calvin/Bach, Michael/Krause, Andrew/ Ryan, Tim/Talbot,Geoffery/ Spiegel, Trevor/Bowen, James | Officer/Sergeant | 3:15 p.m.-3:25 p.m. |

## IF RESTRAINTS ARE USED COMPLETE THIS SECTION

| Type of Restraints (29) | Time (30) | Use of Restraints Authorized By (33) | |
|---|---|---|---|
| _X_ Mechanical   _____ Soft   _____ Other | 3:12 p.m. | James Bowen | |

| Requested By (31) | Title (32) | Title (34) | Time (35) |
|---|---|---|---|
| Geoffery,Talbot | Sergeant | Sergeant | 12:32 p.m. |

| Restraints Applied By (36) | Title (37) | Time (38) | Staff Present at Application of Restraints (39) |
|---|---|---|---|
| Geoffery,Talbot Andrew, Krause | Officer/Sergeant | 3:12 p.m. | Bradford, Calvin/ Krause, Andrew/ Ryan, Tim/ Talbot,Geoffery/Bach, Michael |

| Continued Use Authorized By (40) | Title (41) | Time (42) | Reason For Continued Use (43) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| Psychiatrist Notified (44) | Time (45) | Restraints Removed By(46) | Title (47) | Time (4) | Staff Present at Removal of Restraints (49) |
|---|---|---|---|---|---|
| | N/A | Geoffery,Talbot | Officer/Sergeant | 4:12 p.m. | |

Lt. Eakins Dec. Exhibit C



# Indiana Department of Correction
# WESTVILLE CORRECTIONAL FACILITY
# MEMORANDUM

TO: Captain Lewis, Gary
FROM: Officer Knocke, Jason
DATE: 4/10/2018
SUBJECT: Offender Larkin, James (A7-106)

On 04/10/18 at 2:32 PM Offender Larkin, James DOC # 206339 Cell A7-106 refused cuffing and a cell extraction team was assembled. I was the Camera Operator for the cell extraction. Sergeant Bowen, applied 1- 3-Second burst of OCV into Offender Larkin cell A7-106 3 times with 10 minute intervals.  He gave Offender Larkin a direct order to submit to mechanical restraints before each application.  Offender Larkin was given another direct order to submit to mechanical restraints by Sergeant Bowen and Offender Larkin refused.  Sergeant Talbot, opened cell door.  Offender Larkin immediately attacked the team by throwing an orange liquid at them and fighting and kicking at the team.  After some struggling, Offender Larkin was restrained by the team.  Offender Larkin was then escorted to the receiving shower for decontamination.  Once Offender Larkin stated he was done with decontamination he was escorted to the Nurse Station on A-Pod for medical evaluation. Offender was medically assessed by Dr. Jackson and Nurse Hutchinson. Offender was then escorted back to his cell A7-106 by cell extraction team.  Offender Larkin was placed in cell A7-106 without further incident and the door was closed.

# REPORT OF USE OF PHYSICAL FORCE

State Form 36718 (R4 / 1-04)

| | INDIANA DEPARTMENT OF CORRECTION |
|---|---|

| Name of Institution (1) | Location (2) | Incident Date (3) | Time (4) |
|---|---|---|---|
| Westville Control unit | A7-106 | 4/10/2018 | 12:32 p.m. |

**Team Response (5)**

_____ NA      _____ QRT First Responders      _____ QRT Weapons Team      __X__ Cell Extraction      _____ E-Squad      _____ K-9

**Type of Force Used (6)**

__X__ Physical Handling      _____ Stun Device      _____ CN      __X__ OC      _____ Impact Weapon      _____ Firearm      _____ Other

| Offender(s) Against Whom Force Was Used (7) | Staff Using or Witnessing Use of Force (11) |
|---|---|
| Larkin, James #206339 | Bradford,calvin/Bach,Michael/Krause,Andrew/Ryan,Tim,Talbot,Geoffery/Knocke,Jason/ Spiegel, Trevor/Bowen, James |

| Use of Force Requested By (8) | |
|---|---|
| McGowan, Alex | |

| Title (9) | Time (10) | Title (12) | Time (13) |
|---|---|---|---|
| Officer | 12:32 p.m. | Officer/Sergeant | 12:32 p.m. |

**Detailed Description of Incident Requiring Use of Force, Include Team Position and Weapon if Applicable (Use additional pages if necessary) (14)**

On Tuesday April 10, 2018 at 2:32 P.M., Lt. Eakins assembled a cell extraction team for Offender Larkin, James #206339 in Cell A7-106. The Team consisted of Sgt. Bradford, Calvin, Officer Bach, Michael, myself Officer Krause, Andrew, Officer Ryan, Tim, and Sgt. Talbot. At approximately 2:38 P.M. the cell extraction team entered A-pod and stop at the door for the 7-8 range. Sgt. Bowen, officer Knocke, Jason and Officer Spiegel, Trevor approached A7-106.

After 3 rounds of OCV and 3 direct orders refused to submit to mechanical restraints. Sgt. Bowen called the cell extraction team to offender Larkin's cell door. Sgt. Talbot placed the key in the lock Sgt. Bowen gave Offender Larkin an order to submit to mechanical restrains. Offender Larkin refused, Sgt. Talbot turned the key and Sgt. Bowen opened the door allowing the cell extraction team to enter cell A7-106.  As we entered the cell, offender Larkin became physically combative with the team by throwing an orange liquid and fighting. With help from the team Offender Larkin was placed on the floor. My right hand ring finger was kicked by Offender Larkin causing sharp and immediate pain. Once on the ground Offender Larkin was turned to his stomach and mechanical restraints were applied. He was assisted to his feet and escorted out of A7-106 to the receiving shower for decontamination. Sgt. Bradford read the O.C. administrative warning. After Offender Larkin stated he was done with decontamination he was escorted to the nurse station, where he received a medical treatment from nurse Hutchison, Katherine and Doctor Jackson, James.

At 4:09P.M., Offender Larkin was escorted from the A-pod medical room back to cell A7-106. He was placed chest down on his bed with his head towered the back wall of the cell. Sgt. Talbot instructed Offender Larkin to stay in the position that he would be placed in until the cell door closed.  The team removed the restraints and then exited the cell.  The door was closed with no further incidents.

| Child Protective Services (CPS) Notified? (15) | Name of Person Contacted at (CPS) (16) | Date Contacted (17) |
|---|---|---|
| _____ Yes   __X__ No | N/A | N/A |

| Medical Treatment Given By (18) | Title (19) | Time (20) | Location (21) | Treatment Given (22) |
|---|---|---|---|---|
| Hutchinson, Katheine | RN | 3:20 p.m. | A-Pod Med room | Medical assessment |

| If Transported, By Whom (23) | Title (24) | Time (25) | Shower Supervised By (26) | Title (27) | Time & Return (28) |
|---|---|---|---|---|---|
| N/A | N/A | N/A | Bradford, Calvin/Bach, Michael/Krause, Andrew/ Ryan, Tim/Talbot,Geoffery/ Spiegel, Trevor/Bowen, James | Officer/Sergeant | 3:15 p.m.-3:25 p.m. |

## IF RESTRAINTS ARE USED COMPLETE THIS SECTION

| Type of Restraints (29) | Time (30) | Use of Restraints Authorized By (33) | |
|---|---|---|---|
| __X__ Mechanical  _____ Soft  _____ Other | 3:12 p.m. | James Bowen | |

| Requested By (31 | Title (32) | Title (34) | Time (35) |
|---|---|---|---|
| Geoffery,Talbot | Sergeant | Sergeant | 12:32 p.m. |

| Restraints Applied By (36) | Title (37) | Time (38) | Staff Present at Application of Restraints (39) |
|---|---|---|---|
| Geoffery,Talbot | Officer/Sergeant | 3:12 p.m. | |

Lt. Eakins Dec. Exhibit C

Exhibit B Page 9 of 17



# Indiana Department of Correction

## WESTVILLE CORRECTIONAL FACILITY

## MEMORANDUM

**TO:** Captain Lewis, Gary
**FROM:** Officer Krause, Andrew
**DATE:** 4/10/2018
**SUBJECT:** Offender Larkin, James (A7-106)

On Tuesday April 10, 2018 at 2:32 P.M., Lt. Eakins assembled a cell extraction team for Offender Larkin, James #206339 in Cell A7-106. The Team consisted of Sgt. Bradford, Calvin, Officer Bach, Michael, myself Officer Krause, Andrew, Officer Ryan, Tim, and Sgt. Talbot. At approximately 2:38 P.M. the cell extraction team entered A-pod and stop at the door for the 7-8 range. Sgt. Bowen, officer Knocke, Jason and Officer Spiegel, Trevor approached A7-106.

After 3 rounds of OCV and 3 direct orders refused to submit to mechanical restraints. Sgt. Bowen called the cell extraction team to offender Larkin's cell door. Sgt. Talbot placed the key in the lock Sgt. Bowen gave Offender Larkin an order to submit to mechanical restrains. Offender Larkin refused, Sgt. Talbot turned the key and Sgt. Bowen opened the door allowing the cell extraction team to enter cell A7-106.  As we entered the cell, offender Larkin became physically combative with the team by throwing an orange liquid and fighting. With help from the team Offender Larkin was placed on the floor.  My right hand ring finger was kicked by Offender Larkin causing sharp and immediate pain. Once on the ground Offender Larkin was turned to his stomach and mechanical restraints were applied. He was assisted to his feet and escorted out of A7-106 to the receiving shower for decontamination. Sgt. Bradford read the O.C. administrative warning. After Offender Larkin stated he was done with decontamination he was escorted to the nurse station, where he received a medical treatment from nurse Hutchison, Katherine and Doctor Jackson, James.

At 4:09P.M., Offender Larkin was escorted from the A-pod medical room back to cell A7-106. He was placed chest down on his bed with his head towered the back wall of the cell. Sgt. Talbot instructed Offender Larkin to stay in the position that he would be placed in until the cell door closed.  The team removed the restraints and then exited the cell.  The door was closed with no further incidents.

# REPORT OF USE OF PHYSICAL FORCE

State Form 36718 (R4 / 1-04)

## INDIANA DEPARTMENT OF CORRECTION

| Name of Institution (1) Westville Control unit | Location (2) A7-106 | Incident Date (3) 4/10/2018 | Time (4) 12:32 p.m. |
|---|---|---|---|

**Team Response (5)**

_____NA    _____QRT First Responders    _____QRT Weapons Team    X Cell Extraction    _____E-Squad    _____K-9

**Type of Force Used (6)**

X Physical Handling    _____Stun Device    _____CN    X OC    _____Impact Weapon    _____Firearm    _____Other

| Offender(s) Against Whom Force Was Used (7) Larkin, James #206339 | Staff Using or Witnessing Use of Force (11) Bradford,calvin/Bach,Michael/Krause,Andrew/Ryan,Tim,Talbot,Geoffery/Knocke,Jason/ Spiegel, Trevor/Bowen, James |
|---|---|
| **Use of Force Requested By (8)** McGowan, Alex | |

| Title (9) Officer | Time (10) 12:32 p.m. | Title (12) Officer/Sergeant | Time (13) 12:32pm |
|---|---|---|---|

**Detailed Description of Incident Requiring Use of Force, Include Team Position and Weapon if Applicable (Use additional pages if necessary) (14)**

On 04/10/18 at 2:32 P.M., Offender Larkin, James DOC # 206339 Cell A7-106 refused cuffing and a cell extraction team was assembled. I, Sergeant Bradford was #1 man on the entry team. After 3 rounds of OCV and 3 orders to submit to mechanical restraints the team entered the cell. I entered the cell holding the safety shield. Offender Larkin aggressively attacked the team by throwing a container of stored OCV at the team and actively fighting. I, Sergeant Bradford pushed Offender Larkin against the right cell wall. The shield struck offenders right side of his forehead. and the supporting # 2 Officer Bach, pulled Offenders legs out from underneath him. I, then secured Offender Larkin on the cell floor to be secured. Once secured he was escorted to the receiving shower for chemical decontamination. I, Sergeant Bradford read the OC Administration. Offender Larkin was then escorted to the nurse's station on A-Pod for medical evaluation. Offender Larkin was medically assessed by Dr. Jackson and Nurse Hutchinson. Offender Larkin was then escorted back to his cell (A7-106) by the cell extraction team. Sergeant Bradford then removed cuffs from Offender Larkin after I ordered him to remain in the face down positon until the team was safely out of cell. Offender Larkins stated that he understood the order given and the team exited the cell. The cell door was secured without further incident.

| Child Protective Services (CPS) Notified? (15) _____Yes    X No | Name of Person Contacted at (CPS) (16) N/A | Date Contacted (17) N/A |
|---|---|---|

| Medical Treatment Given By (18) Hutchinson, Katheine | Title (19) RN | Time (20) 3:20 p.m. | Location (21) A-Pod Med room | Treatment Given (22) Medical assessment | |
|---|---|---|---|---|---|
| If Transported, By Whom (23) N/A | Title (24) N/A | Time (25) N/A | Shower Supervised By (26) Bradford, Calvin/Bach, Michael/Krause, Andrew/ Ryan, Tim/Talbot,Geoffery/ Spiegel, Trevor/Bowen, James | Title (27) Officer/Sergeant | Time & Return (28) 3:15 p.m.-3:25 p.m. |

## IF RESTRAINTS ARE USED COMPLETE THIS SECTION

| Type of Restraints (29) X Mechanical   _____Soft   _____Other | Time (30) 3:12 p.m. | Use of Restraints Authorized By (33) James Bowen | |
|---|---|---|---|
| **Requested By (31)** Geoffery,Talbot | **Title (32)** Sergeant | **Title (34)** Sergeant | **Time (35)** 12:32 p.m. |
| **Restraints Applied By (36)** Geoffery,Talbot Andrew, Krause | **Title (37)** Officer/Sergeant | **Time (38)** 3:12 p.m. | **Staff Present at Application of Restraints (39)** Bradford, Calvin/ Krause, Andrew/ Ryan, Tim/ Talbot,Geoffery/Bach, Michael |
| **Continued Use Authorized By (40)** N/A | **Title (41)** N/A | **Time (42)** N/A | **Reason For Continued Use (43)** N/A |

| Psychiatrist Notified (44) | Time (45) N/A | Restraints Removed By(46) Geoffery,Talbot | Title (47) Officer/Sergeant | Time (4) 4:12 p.m. | Staff Present at Removal of Restraints (49) |
|---|---|---|---|---|---|

Exhibit B Page 11 of 17

Lt. Eakins Dec. Exhibit C



# Indiana Department of Correction

## WESTVILLE CORRECTIONAL FACILITY

## MEMORANDUM

TO: Captain Lewis, Gary
FROM: Sergeant Calvin Bradford
DATE: 4/10/2018
SUBJECT: Offender Larkin, James #206339 (A7-106)

On 04/10/18 at 2:32 P.M., Offender Larkin, James DOC # 206339 Cell A7-106 refused cuffing and a cell extraction team was assembled. I, Sergeant Bradford was #1 man on the entry team. After 3 rounds of OCV and 3 orders to submit to mechanical restraints the team entered the cell. I entered the cell holding the safety shield. Offender Larkin aggressively attacked the team by throwing a container of stored OCV at the team and actively fighting. I, Sergeant Bradford pushed Offender Larkin against the right cell wall. The shield struck offenders right side of his forehead. and the supporting # 2 Officer Bach, pulled Offenders legs out from underneath him. I, then secured Offender Larkin on the cell floor to be secured. Once secured he was escorted to the receiving shower for chemical decontamination. I, Sergeant Bradford read the OC Administration. Offender Larkin was then escorted to the nurse's station on A-Pod for medical evaluation. Offender Larkin was medically assessed by Dr. Jackson and Nurse Hutchinson. Offender Larkin was then escorted back to his cell (A7-106) by the cell extraction team. Sergeant Bradford then removed cuffs from Offender Larkin after I ordered him to remain in the face down positon until the team was safely out of cell. Offender Larkins stated that he understood the order given and the team exited the cell. The cell door was secured without further incident..

# REPORT OF USE OF PHYSICAL FORCE

State Form 36718 (R4 / 1-04)

| INDIANA DEPARTMENT OF CORRECTION |
| --- |

| Name of Institution (1) | Location (2) | Incident Date (3) | Time (4) |
| --- | --- | --- | --- |
| Westville Control unit | A7-106 | 4/10/2018 | 12:32 p.m. |

**Team Response (5)**

_____ NA    __X__ QRT First Responders    _____ QRT Weapons Team    __X__ Cell Extraction    _____ E-Squad    _____ K-9

**Type of Force Used (6)**

__X__ Physical Handling    _____ Stun Device    _____ CN    __X__ OC    _____ Impact Weapon    _____ Firearm    _____ Other

| Offender(s) Against Whom Force Was Used (7) | Staff Using or Witnessing Use of Force (11) |
| --- | --- |
| Larkin, James #206339 | Bradford,calvin/Bach, Michael/Krause,Andrew/Ryan,Tim,Talbot,Geoffery/Knocke,Jason/ |
| **Use of Force Requested By (8)** | Spiegel, Trevor/Bowen, James |
| McGowan, Alex | |

| Title (9) | Time (10) | Title (12) | Time (13) |
| --- | --- | --- | --- |
| Officer | 12:32 p.m. | Officer/Sergeant | 12:32 p.m. |

**Detailed Description of Incident Requiring Use of Force, Include Team Position and Weapon if Applicable (Use additional pages if necessary) (14)**

On Tuesday April 10, 2018 at 2:32 P.M., Lt. Eakins assembled a cell extraction team for Offender Larkin, James #206339 in Cell A7-106. The Team consisted of Sgt. Bradford, Calvin, Officer Bach, Michael, Officer Krause, Andrew, myself Officer (Ryan, Tim), and Sgt. Talbot. At approximately 2:38 P.M., the cell extraction team entered A-pod and stop at the door for the 7-8 range. Sgt. Bowen, Officer Knocke, Jason and Officer Spiegel, Trevor approached A7-106.

After 3 rounds of OCV and 3 refused orders to submit to mechanical restraints, Sgt. Bowen called the cell extraction team to offender Larkins door. Sgt. Talbot place the key in the lock Sgt. Bowen gave Offender Larkin an order to submit to mechanical restrains. Offender Larkin refused, Sgt. Talbot turned the key and Sgt. Bowen opened the door allowing the cell extraction team to enter cell A7-106. As we entered the cell, Offender Larkin became physically combative with the team by throwing an orange liquid substance and fighting. With help from the team Offender Larkin was placed on the cell floor. Once on the floor Offender Larkin was turned to his stomach and mechanical restraints were applied. He was assisted to his feet and escorted out of A7-106 to the receiving shower for decontamination. Sgt. Bradford read the O.C. administrative warning. After Offender Larkin stated he was done with decontamination he was escorted to the where he received a medical treatment from Nurse Hutchison, Katherine and Doctor Jackson, James.

At 4:09P.M. Offender Larkin was escorted from the A-pod medical room back to cell A7-106. He was placed chest down on his bed with his head towered the back wall of the cell. Sgt. Talbot instructed offender Larkin to stay in the position that he would be placed in until the cell door closed. The team removed the restrains and then exited the cell. The door was closed with no further incidents.

| Child Protective Services (CPS) Notified? (15) | Name of Person Contacted at (CPS) (16) | | Date Contacted (17) | |
| --- | --- | --- | --- | --- |
| _____ Yes  __X__ No | N/A | | N/A | |

| Medical Treatment Given By (18) | Title (19) | Time (20) | Location (21) | Treatment Given (22) | |
| --- | --- | --- | --- | --- | --- |
| Hutchinson, Katheine | RN | 3:20 p.m. | A-Pod Med room | Medical assessment | |

| If Transported, By Whom (23) | Title (24) | Time (25) | Shower Supervised By (26) | Title (27) | Time & Return (28) |
| --- | --- | --- | --- | --- | --- |
| N/A | N/A | N/A | Bradford, Calvin/Bach, Michael/Krause, Andrew/ Ryan, Tim/Talbot,Geoffery/ Spiegel, Trevor/Bowen, James | Officer/Sergeant | 3:15pm-3:25pm |

## IF RESTRAINTS ARE USED COMPLETE THIS SECTION

| Type of Restraints (29) | Time (30) | Use of Restraints Authorized By (33) | |
| --- | --- | --- | --- |
| __X__ Mechanical  _____ Soft  _____ Other | 3:12 p.m. | James Bowen | |

| Requested By (31) | Title (32) | Title (34) | Time (35) |
| --- | --- | --- | --- |
| Geoffery,Talbot | Sergeant | Sergeant | 12:32 p.m. |

| Restraints Applied By (36) | Title (37) | Time (38) | Staff Present at Application of Restraints (39) |
| --- | --- | --- | --- |
| Geoffery,Talbot Andrew, Krause | Officer/Sergeant | 3:12 p.m. | Bradford, Calvin/ Krause, Andrew/ Ryan, Tim/ Talbot,Geoffery/Bach, Michael |

| Continued Use Authorized By (40) | Title (41) | Time (42) | Reason For Continued Use (43) |
| --- | --- | --- | --- |
| N/A | N/A | N/A | N/A |

Exhibit B Page 13 of 17

Lt. Eakins Dec. Exhibit C

# REPORT OF USE OF PHYSICAL FORCE

State Form 36718 (R4 / 1-04)

**INDIANA DEPARTMENT OF CORRECTION**

| Name of Institution (1) Westville Control unit | Location (2) A7-106 | Incident Date (3) 4/10/2018 | Time (4) 12:32pm |
|---|---|---|---|

**Team Response (5)**

_____NA    _____QRT First Responders    _____QRT Weapons Team    **X** Cell Extraction    _____E-Squad    _____K-9

**Type of Force Used (6)**

**X** Physical Handling    _____Stun Device    _____CN    **X** OC    _____Impact Weapon    _____Firearm    _____Other

| Offender(s) Against Whom Force Was Used (7) Larkin, James #206339 | Staff Using or Witnessing Use of Force (11) Bradford,calvin/Bach,Michael/Krause,Andrew/Ryan,Tim,Talbot,Geoffery/Knocke,Jason/ Spiegel, Trevor/Bowen, James |
|---|---|
| **Use of Force Requested By (8)** McGowan, Alex | |

| Title (9) Officer | Time (10) 12:32pm | Title (12) Officer/Sergeant | Time (13) 12:32pm |
|---|---|---|---|

**Detailed Description of Incident Requiring Use of Force, Include Team Position and Weapon if Applicable (Use additional pages if necessary) (14)**

On 4/10/2018 at 12:32 p.m., Officer McGowan had an unknown liquid substance thrown on him by Offender Larkin. First responders were called to A7-106 to strip cell Offender Larkin. Offender Larkin refused to compile with any orders and would not compile with the application of mechanical restraints. A cell extraction team was assembled due to a possible weapon in his cell. I, Sgt. Bowen was the team supervisor for the cell extraction team. At 2:38 p.m. I went to the cell window of Offender Larkin. I gave a direct order to cuff up and was told by Offender Larkin "go suck a dick bitch!" I then administered a 1 to 3 second application of the MK9 with OCV into the TV cable cord hole. At 2:48 p.m., I gave Offender Larkin an order to cuff up, I was told by Offender Larkin "come and get me fucker!" I then administered a second application of OCV from the side of the door into the cell. At 2:58 p.m., I gave Offender Larkin a third order to cuff up, I was told by Offender Larkin "Fuck you bitch!". I then had the cell extraction team line up at the cell door with the shield. The cell door was opened and the team entered the cell. Offender Larkin was secured and taken to the shower in receiving for decontamination. He was read the OC administrative warning by Sgt. Bradford. Offender Larkin was then taken to the med room of A-pod for medical treatment. Offender Larkin had a cut above his right eye sutured by Dr. Jackson. Offender Larkin was returned to cell A7-106 without further incident. During the cell extraction Officer Krause's right ring finger experienced sharp and immediate pain. After returning from the hospital it was confirmed that his right ring finger was broke during the cell extraction.

| Child Protective Services (CPS) Notified? (15) _____Yes    **X** No | Name of Person Contacted at (CPS) (16) N/A | | Date Contacted (17) N/A |
|---|---|---|---|
| **Medical Treatment Given By (18)** Hutchinson, Katheine | **Title (19)** RN | **Time (20)** 3:20 p.m. | **Location (21)** A-Pod Med room | **Treatment Given (22)** Medical assessment |
| **If Transported, By Whom (23)** N/A | **Title (24)** N/A | **Time (25)** N/A | **Shower Supervised By (26)** Bradford, Calvin/Bach, Michael/Krause, Andrew/ Ryan, Tim/Talbot,Geoffery/ Spiegel, Trevor/Bowen, James | **Title (27)** Officer/Sergeant | **Time & Return (28)** 3:15 p.m.-3:25 p.m. |

## IF RESTRAINTS ARE USED COMPLETE THIS SECTION

| Type of Restraints (29) **X** Mechanical    _____Soft    _____Other | Time (30) 3:12 p.m. | Use of Restraints Authorized By (33) James Bowen | |
|---|---|---|---|
| **Requested By (31)** Geoffery,Talbot | **Title (32)** Sergeant | **Title (34)** Sergeant | **Time (35)** 12:32 p.m. |
| **Restraints Applied By (36)** Geoffery,Talbot Andrew, Krause | **Title (37)** Officer/Sergeant | **Time (38)** 3:12 p.m. | **Staff Present at Application of Restraints (39)** Bradford, Calvin/ Krause, Andrew/ Ryan, Tim/ Talbot,Geoffery/Bach, Michael |

Exhibit B Page 14 of 17

Lt. Eakins Dec. Exhibit C

# REPORT OF USE OF PHYSICAL FORCE

State Form 36718 (R4 / 1-04)

**INDIANA DEPARTMENT OF CORRECTION**

| Name of Institution (1) | Location (2) | Incident Date (3) | Time (4) |
|---|---|---|---|
| Westville Control unit | A7-106 | 4/10/2018 | 12:32 p.m. |

**Team Response (5)**

___ NA    ___ QRT First Responders    ___ QRT Weapons Team    **X** Cell Extraction    ___ E-Squad    ___ K-9

**Type of Force Used (6)**

**X** Physical Handling    ___ Stun Device    ___ CN    **X** OC    ___ Impact Weapon    ___ Firearm    ___ Other

| Offender(s) Against Whom Force Was Used (7) | Staff Using or Witnessing Use of Force (11) |
|---|---|
| Larkin, James #206339 | Bradford,calvin/Bach,Michael/Krause,Andrew/Ryan,Tim,Talbot,Geoffery/Knocke,Jason/ Spiegel, Trevor/Bowen, James |

| Use of Force Requested By (8) | | |
|---|---|---|
| McGowan, Alex | | |

| Title (9) | Time (10) | Title (12) | Time (13) |
|---|---|---|---|
| Officer | 12:32 p.m. | Officer/Sergeant | 12:32 p.m. |

**Detailed Description of Incident Requiring Use of Force, Include Team Position and Weapon if Applicable (Use additional pages if necessary) (14)**

On Tuesday April 10, 2018 at 2:32 P.M., Lt. Eakins assembled a cell extraction team for Offender Larkin, James #206339 in Cell A7-106. The Team consisted of Sgt. Bradford, Calvin, Officer Bach, Michael, Officer Krause, Andrew, Officer Ryan, Tim, and myself (Sgt. Talbot). At approximately 2:38 P.M., The cell extraction team entered A-pod and stopped at the door for the 7-8 range. Sgt. Bowen, Officer Knocke, Jason and Officer Spiegel, Trevor approached A7-106.

After 3 applications of OCV at 10 minute intervals and 3 direct orders to submit to mechanical restraints, Sgt. Bowen called the cell extraction team to offender Larkin's cell door at approximately 3:12 p.m.. I placed the key in the lock. Sgt. Bowen gave Offender Larkin an order to submit to mechanical restraints. Offender Larkin refused, I turned the key placing the door into manual and Sgt. Bowen opened the door allowing the cell extraction team to enter cell A7-106. As we entered the cell offender Larkin became physically combative with the team by throwing a liquid substance that appeared to be stored OCV and fighting. I swept his legs out from under him and with help from the team, assisted him to the cell floor. Once on the floor, Offender Larkin was turned to his stomach and I secured his legs using mechanical restraints. Offender Larkin was assisted to his feet and escorted out of A7-106 to the receiving shower for decontamination. Sgt. Bradford read the O.C. administrative warning. After Offender Larkin stated he was done with decontamination he was escorted to the A-Pod medical room where he received a medical treatment from Nurse Hutchison, Katherine and Doctor Jackson, James.

At 4:09P.M., Offender Larkin was escorted from the A-pod medical room back to cell A7-106. He was placed chest down on his bed with his head towered the back wall of the cell. I instructed Offender Larkin to stay in the position that he would be placed in until the cell door closed. I removed the restraints from his ankles and placed them in a figure 4 position. After Sgt. Bradford announced the hands were unsecured, the team exited the cell and the door was closed.

| Child Protective Services (CPS) Notified? (15) | Name of Person Contacted at (CPS) (16) | | Date Contacted (17) | |
|---|---|---|---|---|
| ___ Yes   **X** No | N/A | | N/A | |

| Medical Treatment Given By (18) | Title (19) | Time (20) | Location (21) | Treatment Given (22) | |
|---|---|---|---|---|---|
| Hutchinson, Katheine | RN | 3:20 p.m. | A-Pod Med room | Medical assessment | |

| If Transported, By Whom (23) | Title (24) | Time (25) | Shower Supervised By (26) | Title (27) | Time & Return (28) |
|---|---|---|---|---|---|
| N/A | N/A | N/A | Bradford, Calvin/Bach, Michael/Krause, Andrew/ Ryan, Tim/Talbot,Geoffery/ Spiegel, Trevor/Bowen, James | Officer/Sergeant | 3:15 p.m.-3:25 p.m. |

## IF RESTRAINTS ARE USED COMPLETE THIS SECTION

| Type of Restraints (29) | Time (30) | Use of Restraints Authorized By (33) | |
|---|---|---|---|
| **X** Mechanical   ___ Soft   ___ Other | 3:12 p.m. | James Bowen | |

| Requested By (31) | Title (32) | Title (34) | Time (35) |
|---|---|---|---|
| Geoffery,Talbot | Sergeant | Sergeant | 12:32 p.m. |

| Restraints Applied By (36) | Title (37) | Time (38) | Staff Present at Application of Restraints (39) |
|---|---|---|---|
| Geoffery,Talbot Andrew, Krause | Officer/Sergeant | 3:12 p.m. | Bradford, Calvin/ Krause, Andrew/ Ryan, Tim/ Talbot,Geoffery/Bach, Michael |

| Continued Use Authorized By (40) | Title (41) | Time (42) | Reason For Continued Use (43) |
|---|---|---|---|
| | | | Exhibit B Page 15 of 17 |

Lt. Eakins Dec. Exhibit C



# Indiana Department of Correction

## WESTVILLE CORRECTIONAL FACILITY

## MEMORANDUM

TO: Captain Lewis, Gary
FROM: Sergeant Talbot, Geoffery
DATE: 4/10/2018
<u>SUBJECT</u>: Offender Larkin, James (A7-106)

On Tuesday April 10, 2018 at 2:32 P.M., Lt. Eakins assembled a cell extraction team for Offender Larkin, James #206339 in Cell A7-106. The Team consisted of Sgt. Bradford, Calvin, Officer Bach, Michael, Officer Krause, Andrew, Officer Ryan, Tim, and myself (Sgt. Talbot). At approximately 2:38 P.M., The cell extraction team entered A-pod and stopped at the door for the 7-8 range. Sgt. Bowen, Officer Knocke, Jason and Officer Spiegel, Trevor approached A7-106.

After 3 applications of OCV at 10 minute intervals and 3 direct orders to submit to mechanical restraints, Sgt. Bowen called the cell extraction team to offender Larkin's cell door at approximately 3:12 p.m.. I placed the key in the lock. Sgt. Bowen gave Offender Larkin an order to submit to mechanical restraints. Offender Larkin refused, I turned the key placing the door into manual and Sgt. Bowen opened the door allowing the cell extraction team to enter cell A7-106. As we entered the cell offender Larkin became physically combative with the team by throwing a liquid substance that appeared to be stored OCV and fighting. I swept his legs out from under him and with help from the team, assisted him to the cell floor. Once on the floor, Offender Larkin was turned to his stomach and I secured his legs using mechanical restraints. Offender Larkin was assisted to his feet and escorted out of A7-106 to the receiving shower for decontamination. Sgt. Bradford read the O.C. administrative warning. After Offender Larkin stated he was done with decontamination he was escorted to the A-Pod medical room where he received a medical treatment from Nurse Hutchison, Katherine and Doctor Jackson, James.

At 4:09P.M., Offender Larkin was escorted from the A-pod medical room back to cell A7-106. He was placed chest down on his bed with his head towered the back wall of the cell. I instructed Offender Larkin to stay in the position that he would be placed in until the cell door closed. I removed the restraints from his ankles and placed them in a figure 4 position. After Sgt. Bradford announced the hands were unsecured, the team exited the cell and the door was closed.



# Indiana Department of Correction
## WESTVILLE CORRECTIONAL FACILITY
### MEMORANDUM

TO: Captain Lewis, Gary
FROM: Officer Ryan, Tim
DATE: 4/10/2018
SUBJECT: Offender Larkin, James (A7-106)

On Tuesday April 10, 2018 at 2:32 P.M., Lt. Eakins assembled a cell extraction team for Offender Larkin, James #206339 in Cell A7-106. The Team consisted of Sgt. Bradford, Calvin, Officer Bach, Michael, Officer Krause, Andrew, myself Officer (Ryan, Tim), and Sgt. Talbot. At approximately 2:38 P.M., the cell extraction team entered A-pod and stop at the door for the 7-8 range. Sgt. Bowen, Officer Knocke, Jason and Officer Spiegel, Trevor approached A7-106.

After 3 rounds of OCV and 3 refused orders to submit to mechanical restraints, Sgt. Bowen called the cell extraction team to offender Larkins door. Sgt. Talbot place the key in the lock Sgt. Bowen gave Offender Larkin an order to submit to mechanical restrains. Offender Larkin refused, Sgt. Talbot turned the key and Sgt. Bowen opened the door allowing the cell extraction team to enter cell A7-106. As we entered the cell, Offender Larkin became physically combative with the team by throwing an orange liquid substance and fighting. With help from the team Offender Larkin was placed on the cell floor. Once on the floor Offender Larkin was turned to his stomach and mechanical restraints were applied. He was assisted to his feet and escorted out of A7-106 to the receiving shower for decontamination. Sgt. Bradford read the O.C. administrative warning. After Offender Larkin stated he was done with decontamination he was escorted to the where he received a medical treatment from Nurse Hutchison, Katherine and Doctor Jackson, James.

At 4:09P.M. Offender Larkin was escorted from the A-pod medical room back to cell A7-106. He was placed chest down on his bed with his head towered the back wall of the cell. Sgt. Talbot instructed offender Larkin to stay in the position that he would be placed in until the cell door closed. The team removed the restrains and then exited the cell. The door was closed with no further incidents.

Lt. Eakins Dec. Exhibit C

Exhibit B Page 17 of 17