UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| JAMES LARKIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 4:18-cv-00065-JVB-JEM |
| JEFFREY ARMSTRONG, MICHAEL BACH, CALVIN BRADFORD, EVIN EAKINS, ANDREW KRAUSE, TIM RYAN, and GEOFFREY TALBOT | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## Declaration of Lieutenant Calvin Bradford

I, Calvin Bradford, am an adult competent to testify who has personal knowledge of the following and declare under penalty of perjury:

1. On April 10, 2018, I was employed by the Indiana Department of Correction as a Correctional Sergeant at Westville Control Unit.

2. I was a part of the cell extraction team that extracted Offender Larkin on that date. I was the #1 man on the team, which means that I was the first man to enter his cell. I also had a shield to use in case Offender Larkin threw liquid at the team.

1

Exhibit C Page 1 of 3

3. Offender Larkin had covered his door, so we could not see inside. We did not know if he was harming himself or if he was preparing to harm us when we entered the cell.

4. Just before we entered the cell for the extraction, Offender Larkin yelled, "first one who comes through that door, I'm fucking him up."

5. It turns out that Offender Larkin had collected some of the OC spray in a bag. When we opened his cell door to enter, he squeezed the bag of OC spray under his arm and against his side to propel the liquid toward us.

6. Offender Larkin was immediately physically combative when we entered the cell and was actively trying to fight the team. To subdue Offender Larkin, I pushed him up against the wall and pinned him, so that the #2 man (the second officer to enter the cell, right after me) could grab his legs and move him to the floor to apply restraints.

7. The cell extraction team members had to use physical force to pin Offender Larkin to the wall, move him to the floor, and apply mechanical restraints to his hands and legs. None of the team members used more force than necessary to restrain and secure him. We first applied mechanical restraints to his hands, and then we applied mechanical restraints to his legs.

8. The floor of the cell was also slippery because there was a slick substance on the floor—possibly shampoo, in addition to OC spray—which made it difficult for the team to keep their footing while attempting to restrain Offender Larkin.

9. As soon as we had restraints on both his hands and legs, we assisted him to his feet, escorted him out of his cell and took him to the shower to receive decontamination with cool running water.

10. I thought we were being recorded by the camera operator who had a handheld camcorder. I only learned well after the cell extraction occurred that the extraction did not get recorded.

I AFFIRM, UNDER PENALTIES OF PERJURY, THAT THE FOREGOING REPRESENTATIONS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

09-18-2020
Date

Calvin Bradford