# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| **JAMES LARKIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 4:18-cv-00065-JVB-JEM** |
| | ) | |
| **JEFFREY ARMSTRONG,** | ) | |
| **MICHAEL BACH,** | ) | |
| **CALVIN BRADFORD,** | ) | |
| **EVIN EAKINS,** | ) | |
| **ANDREW KRAUSE,** | ) | |
| **TIM RYAN, and** | ) | |
| **GEOFFREY TALBOT** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>Declaration of Captain Jeffrey Armstrong</u>

I, Jeffrey Armstrong, am an adult competent to testify who has personal knowledge of the following and declare under penalty of perjury:

1.    I am currently employed by the Indiana Department of Correction as a Captain at the Westville Correctional Facility, overseeing the Industrial Complex.

2.    At the time of Offender Larkin's cell extraction, in April 2018, I was a lieutenant in the Westville Control Unit, which is the maximum security unit for Westville Correctional Facility. I was also the field commander for the emergency squad ("E-squad"). Part of my duties as E-squad field commander involved observing cell extractions to be ready to request activation of the E-squad and direct the E-squad's actions in case something went wrong during the extraction.

3.      During Offender Larkin's cell extraction, I was standing in the control room in the center of the pod, around 20 yards away from his cell. The "pod" is the name for a floor of the Control Unit. It is called a pod because the rooms on the floor are organized in an octagon shape, surrounding the control room in the middle.

4.      I witnessed one of the cell extraction team members administer three OC sprays to attempt to gain Offender Larkin's compliance with the orders to submit to mechanical restraints. Prior to every cell extraction, offenders are given opportunities to comply with orders to submit to mechanical restraints before the officers escalate the use of force to a cell extraction.

5.      I did not have a clear view of Offender Larkin or the cell extraction team while they were in Offender Larkin's cell for the extraction. The cells in the Control Unit are small, and I could not see all of the team's actions while they were in Offender Larkin's cell from where I was standing.

6.      I did not see or hear the team do anything improper or that would violate the cell extraction protocol. I did not order the cell extraction team to stop doing anything or otherwise intervene because I could not see or hear anything inappropriate happening.

I AFFIRM, UNDER PENALTIES OF PERJURY, THAT THE FOREGOING REPRESENTATIONS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

9/15/2020
Date

Jeffrey Armstrong