James Larkins #206339
Indiana State Prison
1 Park Row
Michigan City, IN 46360

ZIP 46360   $ 001.40⁰
02 4W
0000365972 JUN 09 2020
U.S. POSTAGE PITNEY BOWES

Office of Indiana Attorney General
I,G,C.S.
Attorney NO. 36800-49
302 west washington St., 5th Floor
Indianapolis, IN. 46204-2770

LEGAL MAIL

RECEIVED 06/12/2020

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### LAFAYETTE DIVISION

JAMES LARKIN,　　　　　 )
　　　Plaintiff.　　　　　 )
　　　　　　　　　　　　 )
V.　　　　　　　　　　　 )　Case No. 4:18-CV-65-JVB-JEM
　　　　　　　　　　　　 )
SGT BRADFORD, et al.　　 )
　　　Defendants　　　　 )

## INTERROGATORIES TO THE Defendants

Plaintiff, James Larkin pro se, pursuant to Rule 33 of The Federal Rules of Civil Procedure, hereby propound the following interrogatories to be answered by ~~XXXX~~ Defendants

1. Please identify all prison staff members, ( by full name, rank, and title at relevant time, current rank and title, and last known home and work address) who were on the cell extraction/Emergency Response Team that assaulted Plaintiff in the westville Control unit on April 10, 2018

2. Please identify all prison staff members who were on duty in the westville control unit (w.c.u.) between 6 a.m. and 6 p.m. on April 10, 2018

3. Please identify all documents created on April 10, 2018, that evidence, mention, or refer to the plaintiffs sustained injuries after the assault, including but not limited to medical intake records, medical request forms, and responses, examination and treatment records, Photographs, hospitalization records, medication Logs, and discharge forms

4. Please describe in as much detail as possible, How plaintiff sustained his injuries on April 10, 2018

5. Please describe in as much detail as possible YOUR use of force against the plaintiff on April 10, 2018

6 Have you been a party to a state or federal civil court proceeding as either a plaintiff, petitioner, defendant, or respondent? If so please state the cause number, the cause of action, Your involvement in the case and outcome

7. Have you given any statements, wether oral or written regarding the incident on April 10 2018? If so please state the date, to whom You gave the statements and the custodian of each said statement

8. Have you ever been accused of or the suspect in any Type of misconduct while working In the Indiana Department of Corr. If so when an for what?

9. Have you been arrested or charged with a criminal offense, either as an adult or Juvenile? Including but not Limited to any felony and/or misdemeanor convictions, If so what was the charges? when were they and the disposition of each charge.

10. Identify all witnesses You or Your attorney intend to call at the Trial of this matter or for any hearing. For each witness, please provide a summary of the facts to which the witness is expected to testify

11. Please identify and describe each and every exhibit that you or Your attorney intend to present at trail.

2

By:   James Larkin #206339
      Indiana State prison
      1 Park Row
      michigan City, IN 46360

## CERTIFICATE OF SERVICE

I hereby certify that on June 5 2020 a copy of the foregoing was served on the individuals below by United States mail

Office of Indiana Attorney General
I.G.C.S.
302 West Washington ST., 5th Floor
INDpls, IN 46204-2770

_James Larkin_
James Larkin #206339

## INTERROGATORIES

**INTERROGATORY NO. 1:** State Your full name, including any names You

have been previously known by, address, DOC number, and marital status.

> **ANSWER:** James Mathew Larkin  Doc # 206339
> Indiana state Prison
> 1 Park Row
> michigan City, IN 46360
>
> Im Single

**INTERROGATORY NO. 2:** If You have received care or treatment from any

doctor, psychiatrist, psychologist, therapist, practitioner, or any other medical

professional or practitioner (including nursing services), as a result of any damages

or injuries allegedly received due to the alleged conduct of the Defendants, please

describe in full detail each alleged injury or complaint (or related injuries or

complaints) for which care or treatment was sought and identify with whom the

treatment was sought.

> **ANSWER:** After I was Physically beat by Defendants I was first
> seen by Nurs Hutchison who cleansed my wounds. RT brow Laceration
> multiple eccymotic areas on face an head? Harr was pulled out, sides of
> wrists cut an bruised from cuffs same with Legs from sackles. Ribs an
> back In same condition as my head an face. Dr. Jackson was who gave
> me treatment an such as sutures. The beating also caused Root damage that
> cost me a tooth Im not sure who pulled It but will be sure to get sid
> Info befor Trail. This also drove me Into a ~~state of~~ mental sickness
> That Dr Eichmon put me on meds over,

6

**INTERROGATORY NO. 3:** If You have sought mental health counseling as a result of any damages or injuries allegedly received due to the alleged conduct of the Defendants, please identify the name, address, telephone number, and professional degree of the person from whom You obtained counseling, the time period within which You sought counseling, and the diagnosis given if a diagnosis was rendered.

**ANSWER:** I have threw IDOC, as I mentioned the Doc was Dr Eichmon an Boren at (wcu) westville control unit

**INTERROGATORY NO. 4:** If You have ever filed a complaint, grievance, and/or tort claim notice (excluding this Lawsuit), please identify the name and address of the individual and/or agency against whom You filed the complaint, charge, tort claim notice, or grievance, and any identifying cause or number assigned to the complaint, charge, grievance, or tort claim notice and describe in detail the basis for Your complaint, charge, grievance, or tort claim notice, including the outcome.

**ANSWER:** I sent Informal grievances to Mark Sevier an Major Cornett on 4/17/18. Mark Sevier is warden of westville corr. Facility 5501 s. 1100 west westville IN 46391. Major Cornett + s major are westville control unit 5501 s. 1100 w westville IN 46391. Informed he this Sevier did not respond to my Informal Major Cornett's secretary on 4/26/18 — there was an ongoing investigation I cant tell what her name is. I filed my offender grievance, grievance number 102042 with Troy Cambe Troy Cambe, wcu, 5501 s.1100 w westville IN 46391

All this Is about this case, this was my first

7

**INTERROGATORY NO. 5**: Have You ever been a party to a state or federal civil court proceeding as either a plaintiff, petitioner, defendant, or respondent? If so, please state the cause number, the cause of action, Your involvement in the case, and the outcome.

ANSWER: ~~████~~ There was a dog bite complaint There was nothing more than a notice No cause or action, I'd been In prison for years at The time. I never got more than a notice an have No clue as what the outcome was

**INTERROGATORY NO. 6**:  State each and every item of damage, including monetary damages and/or physical injury, which You claim against the Defendants in this action.  For each item of damage, state the factual basis supporting Your claim for damage and the evidence upon which You rely to support Your claim.

ANSWER: Brow split open, Head, Face and ears bruised, swollen, my wrists an Leg cut an swollen, Ribs an back bruised An theres medical documents, photos, Video and witnesses The Less of my teeth an nerve damage In my Left hand

8

**INTERROGATORY NO. 7:** Please identify all persons, other than Defendants, who witnessed, participated in, or otherwise have knowledge of any facts relevant to the allegations in Your Complaint. Include the name, DOC number (if applicable), the person's relationship to You, the nature of the information You believe he or she possesses, and his or her role in the events underlying Your Complaint.

**ANSWER:** Mark Sevier, Troy Cambe, John Salyer, Aaron Isby-Israel # 892219, Nurse Hutchison, Dr Jackson, D Eichman, Ms Boren, Major cornett Daren Baily # ?   Israel & Baily Lived next to me an can tell what they herd an my condition comen out the cell, we will need do depose them all I have No Idea what they will or wont say theres been Politics from day one witch IS why Ive got so Lil paper work. ITS all on film so It dont matter who says what The video wont Lie

**INTERROGATORY NO. 8:** Have You given any statements, whether oral or written, regarding the incident described in Your Complaint? If so, please state the date, to whom You gave the statement, and the custodian of each said statement. (This request does not seek statements made to Your attorney).

**ANSWER:** I made statements In my grievances to Mark Sevier an major cornett on 4/17/18 Then to troy Cambe on 4/26/18 Grievance number 102042

All work at westville corr Facility

9

**INTERROGATORY NO. 9:** Please list each time You have been arrested or charged with a criminal offense, either as an adult or juvenile, or been the respondent in a delinquency proceeding, either formal or informal, within the past 10 years, including but not limited to any felony and/or misdemeanor convictions. Please provide the date on which You were arrested or the charge was filed, the initial charges that formed the basis for the arrest, all charges that were formally filed against You (if any), and the disposition of each charge.

**ANSWER:** See IDOC website, I dont have any of my old paperwork IT all came up missing you should ask defendants where IT might be

**INTERROGATORY NO. 10:** Identify all witnesses You or Your attorney intend to call at the trial of this matter or for any hearing. For each witness, please provide a summary of the facts to which the witness is expected to testify.

**ANSWER:** John Salyer I feel he will tell the facts In how Defendants used excessive force that I was In fact beat.
Dr Jackson that my condition was above and beyond what IT Should have been, Nurse Hutchison that IT would have taken excessive force for me to be beat so bad
I want All Defendants tell their story
Ms Boren. ?
Aaron Isby Ismel Tell what he Heard an Seen
Im sure more when we get more paper work

10

**INTERROGATORY NO. 11**: Please identify and describe each and every exhibit that You or Your attorney intend to present at trial, including, but not limited to, documents, photos, videos, diagrams, and charts.

**ANSWER:** First thing will be the video. My case was ~~~ on video The Asst part of IT was any way. It will show me held down ~~~ an beat with me unable to do anything to ~~~~~~ to Stop IT an the ones watching doing nothing to Stop IT. I've got a Report of Conduct that will show Lies. Photos of me after the Asst. my condition. medical documents, Reg Request forms of me trien to get all this, I plan to Depose all Listed In Interrogatory No. 7 an more as ITS provided to me

**INTERROGATORY NO. 12**: Please state the name and address of all persons who assisted You with answering these interrogatories.

**ANSWER:** Just me, No Help with this or any thing

11

**INTERROGATORY NO. 13**: Identify each fact, witness, and document that relates to Your allegation that Lieutenant Ekins violated Your Eighth Amendment rights. Please also state to the best of Your recollection each statement You made to Lieutenant Ekins and each statement that Lieutenant Ekins made to You or in Your presence.

**ANSWER:** Repeatedly sprayed me with O.C. pepper spray while Locked in my cell. Then the other defendants ran In my cell an Lt Ekins watched as I was assaulted, Just stood by and did nothing to stop or prevent this assault against me. I was In a (C.H.U) / seg cell After I was beat they took my mat a striped me down to Just my Boxers a put me back In the cell, so they sprayed an beat me to get me out the cell to take my clothing I had on Then put me back In the cell with No Matt or blanket IT seems Like Due process V as well. I dont know what was said I suffer from mental Illness an they was un clear, go off Complaint an paper work we really didnt Interact see video

**INTERROGATORY NO. 14**: Identify each fact, witness, and document that relates to Your allegation that Sergeant Bradford violated Your Eighth Amendment rights. Please also state to the best of Your recollection each statement You made to Sergeant Bradford and each statement that Sergeant Bradford made to You or in Your presence.

**ANSWER**: After I was down an subdued He beat me In my head and Face. There Is a Video of it. Defendants watched Lt Armstrong watched, I begged him to stop Hitting me I feel he was trien to kill me. When I would say stop He would toll me stop resisting but you will see In The Video I was still except for the blows comen from The ofc. there is medical records of the treatment an It cost me a tooth an Later cost me my tooth ITs all documented To.

12

**INTERROGATORY NO. 15**: Identify each fact, witness, and document that relates to Your allegation that Sergeant Talbott violated Your Eighth Amendment rights. Please also state to the best of Your recollection each statement You made to Sergeant Talbott and each statement that Sergeant Talbott made to You or in Your presence.

**ANSWER**: Once they got me on the floor he grabed my hair slaming my head an face Into floor splitting my brow an pulling out hand fulls of hair. See Video an medical records we never spoke. Other defendants an Lt Armstrong witnessed It

**INTERROGATORY NO. 16**: Identify each fact, witness, and document that relates to Your allegation that Officer Krause violated Your Eighth Amendment rights. Please also state to the best of Your recollection each statement You made to Officer Krause and each statement that Officer Krause made to You or in Your presence.

**ANSWER**: when he came In my cell he started throwing Punches as soon as he could reach me. Punching me In my head many times. See Video an othe defendants witnessed along with Lt Armstrong. then he Lied on a Report of conduct form saying I kicked him In the head when he hert his hand punching me In my head. Video will show ya I did No such thing an be proof his word Is No good. See medical records we never spoke

13

**INTERROGATORY NO. 17**: Identify each fact, witness, and document that

relates to Your allegation that Officer Bach violated Your Eighth Amendment

rights. Please also state to the best of Your recollection each statement You made to

Officer Bach and each statement that Officer Bach made to You or in Your presence.

**ANSWER**: Took part in the gang style jumping I dont know for sure what his rool was but he did nothing to stop It The video will show his part, ~~second~~ medical records defendents an Lt Armstrong witnessed we never spoke

**INTERROGATORY NO. 18**: Identify each fact, witness, and document that

relates to Your allegation that Officer Ryan violated Your Eighth Amendment

rights. Please also state to the best of Your recollection each statement You made to

Officer Ryan and each statement that Officer Ryan made to You or in Your

presence.

**ANSWER**: Took part In gang style Jumping, did nothing To stop IT. Video, medical records an defendents an Lt Armstrong witnessed we never spoke

14

Exhibit E Page 13 of 14

**INTERROGATORY NO. 19**: Identify each fact, witness, and document that relates to Your allegation that Lieutenant Armstrong violated Your Eighth Amendment rights. Please also state to the best of Your recollection each statement You made to Lieutenant Armstrong and each statement that Lieutenant Armstrong made to You or in Your presence.

**ANSWER**: He Let me get assaulted, watched hes E squad beat me he Is head of Esquad He gives them orders so He Let me get beat doing nothing to stop or prevent, see Records we never spoke

I, James Larkin, swear under penalty of perjury that the facts in the above answers to interrogatories are true and correct.

Signed by me this _5th_ day of _June_ , 2020.

_James Larkin_
James Larkin

15