James Lankin #t 200339
Indiana State Prison
1 Park Row
Michigan City, IN 46360

Office of the Clerk
USDC,
1300 S. Harrison ST.
Fort Wayne IN 46802

