# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| **JAMES LARKIN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) **CASE NO. 4:18-CV-65** |
| v. | ) |
| | ) **HON. THERESA L. SPRINGMAN** |
| **GEOFFREY TALBOT,** | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT TALBOT'S PROPOSED JURY VERDICT FORMS

Defendant, Geoffrey Talbot, by counsel Eichhorn & Eichhorn LLP, and pursuant to the Court's Order [ECF 123], hereby files his proposed jury verdict forms.

Respectfully submitted,

**EICHHORN & EICHHORN, LLP**

By: /s/ *Alan M. Kus*
David J. Beach, #18531-45
Alan M. Kus, #31388-45
*Attorneys for Defendant, Geoffrey Talbot*

**EICHHORN & EICHHORN, LLP**
2929 Carlson Dr., Suite 100
Hammond, IN 46323
Telephone: (219)-931-0560
Facsimile: (219)-931-5370
E-mail: dbeach@eichhorn-law.com
akus@eichhorn-law.com

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| **JAMES LARKIN,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | **CASE NO. 4:18-CV-65** |
| **v.** | ) | |
| | ) | **HON. THERESA L. SPRINGMAN** |
| **GEOFFREY TALBOT,** | ) | |
| | ) | |
|     **Defendant.** | ) | |

## **VERDICT FOR DEFENDANT TALBOT**

We, the jury, find for Defendant, Geoffrey Talbot, and against Plaintiff, James Larkin.


Date: _____    _____
                                                                                      Foreperson

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| **JAMES LARKIN,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | **CASE NO. 4:18-CV-65** |
| **v.** | ) | |
| | ) | **HON. THERESA L. SPRINGMAN** |
| **GEOFFREY TALBOT,** | ) | |
| | ) | |
|     **Defendant.** | ) | |

### VERDICT FOR PLAINTIFF LARKIN

We, the Jury, find in favor of Plaintiff, James Larkin and against Defendant, Geoffrey Talbot. We find that Plaintiff's total damages are $_____. Of that total, Defendant Talbot is responsible for $_____ in damages.

Date: _____     _____
                                                       Foreperson

                        Respectfully submitted,

                        **EICHHORN & EICHHORN, LLP**

By:   /s/ *Alan M. Kus*
        David J. Beach, #18531-45
        Alan M. Kus, #31388-45
        Attorneys for Defendant, Geoffrey Talbot

**EICHHORN & EICHHORN, LLP**
2929 Carlson Dr., Suite 100
Hammond, IN 46323
Telephone: (219)-931-0560
Facsimile: (219)-931-5370
E-mail: dbeach@eichhorn-law.com
        akus@eichhorn-law.com

## CERTIFICATE OF SERVICE

    I, Alan M. Kus, certify that on October 10, 2023, I electronically filed the foregoing with the Clerk of the Court using the Case Management / Electronic Case Filing (CM / ECF) system maintained by the United States District Court for the Northern District of Indiana.

                          /s/ *Alan M. Kus*
                          Alan M. Kus