

# Indiana Department of Correction
## Westville Correctional Facility

## History of Grievances for Offender
### 206339  JAMES LARKIN

| Facility | Log ID | Topic | Torte Claim Filed | Appeal/Level | Level Receive Date |
|---|---|---|---|---|---|
| WCU | 102042 | Staff/Others - Complaints - Assault By Staff | | I - Formal Grievance | 27-APR-18 |
| | | | | II - Formal Appeal | 31-MAY-18 |
| | | Staff being Grieved (if any): | | | |
| | 102455 | Programs, Institution - Religious Programs - Access, Apparel, Etc. | | I - Formal Grievance | 30-MAY-18 |
| | | | | II - Formal Appeal | 21-JUN-18 |
| | | Staff being Grieved (if any): | | | |

IDOC0000005


# Indiana Department of Correction
## Westville Control Unit
### Offender Grievance Response Report
Case Log #: 102042

DOC No: 206339   Offender Name: James Larkin   Bldg/Range/Bed: A-7-106
Current Facility: WCU

TOPIC: Staff/Others - Complaints - Assault By Staff   Incident Date: 10-APR-18

## Response

| LEVEL | Form Issue Date | Level Receive Date | Response Date |
|---|---|---|---|
| I - Formal Grievance | | 27-APR-18 | 16-MAY-18 |

**Level Response**

In response to Grievance Log #102042, you compliant was investigated by the Office of Investigations and Intelligence due to your allegations. Your claims could not be substantiated. There is no indication that staff acted inappropriately. Grievance Denied.

| | | | |
|---|---|---|---|
| II - Formal Appeal | | 31-MAY-18 | 04-JUN-18 |

**Level Response**

Agree with the Level 1 Response. Your complaint was investigared by I & I and was unfounded.

Grievance appeal denied.

By: L. A. VanNatta, final level of review, Offender Grievance Procedure, Policy #00-02-301.

_____   6/4/18
Executive Assistant        Date

_____   _____
Student/Offender           Date

IDOC0000006



# GRIEVANCE APPEAL
State Form 45473 (R3 / 4-17)
DEPARTMENT OF CORRECTION
OFFENDER GRIEVANCE PROGRAM

MAY 29 2018 GRIEVANCE OFFICE

**FOR OFFICIAL USE ONLY**
Grievance log number: 102042

| | |
|---|---|
| Date form sent to offender: 05/17/2018 | Date of grievance: 04/10/2018 |
| Name of offender: James Larkin | DOC number: 206339 / Facility: WCU |
| Housing assignment: A7-106 | Date grievance response received: 05/16/2018 |

**Facility level appeal:** On 4/10/18, I was repeatedly O.C. Pepper sprayed by who I'm told was Lt Ekins while locked in my cell (A7-106) and further physically beat by Sgt Bradford, Sgt Talbott, and a few other officers during a cell extraction for complaining about E-Squad members confiscation of my personal property and legal paperwork. During this assault Sgt Bradford, after I was down and subdued, beat me in the head and face. During this time other officers threw several punches. One officer (I don't know who I was face down) grabs me by my head/hair smashing my head and face into the concrete splitting/cutting open the upper edge of my right eyelid which required stitches. During this assault I also received numerous bruises and abrasions to my face, head, ear, arms, leg, and suffered back pain and nerve damage in my left hand. During these events Lt Ekins and Lt Armstrong stood by and did nothing to stop or prevent this assault against me. During these events/assault I was down I was not resisting, I was subdued I was presenting "NO" fight thus I was no threat to these officers. Sgt Bradford and these other officers have engaged in excessive force against inmates in the past. I'm sure Supt, senior major Cornett have had this brought to their attention that these officers are conducting themselfs in this maner. A number of complaints and grievances over many months and years have been made in regards to this type of treatment. After this assault these officers further punish me with strip cell status and were not food, spit, excrement all over the walls, doors, floor and toilet. Also unclean bedding. I was forced to sleep on for few nights all this with fresh wounds. The force used against me herein was excessive an unnecessary in violation of my 8th and 14th Amendment Rights. My grievance was sent to Troy Combs an I'm not satisfied with the results at this time.

Signature of offender: James Larkin
Date signed: 5/18/18

**Facility level response:**

Your appeal has been reviewed. Facility Level 1 response is appropriate. Appeal Denied.

Signature of warden / designee: [signature]
Date signed: 5-29-18

RECEIVED MAY 31 2018 GRIEVANCE OFFICE

*Please check the appropriate box and return this form to the Facility Grievance Specialist.*

☐ Agree with facility appeal response.
☒ Disagree with facility appeal response. Send appeal to Department Offender Grievance Manager.

Signature of offender: James Larkin
Date signed: 5/29/18

DISTRIBUTION: Copy – Facility Grievance Specialist; Copy – Department Grievance Manager; Copy – Offender Packet, Facility; Copy – Offender

IDOC0000007

# GRIEVANCE APPEAL

State Form 45473 (R3 / 4-17)
DEPARTMENT OF CORRECTION
OFFENDER GRIEVANCE PROGRAM



RECEIVED MAY 29 2018 GRIEVANCE OFFICE

**FOR OFFICIAL USE ONLY**
Grievance log number: 102042

| Date form sent to offender (month, day, year) | Date of grievance (month, day, year) | |
|---|---|---|
| 05/17/2018 | 04/10/2018 | |
| Name of offender | DOC number | Facility |
| James Larkin | 206339 | WCU |
| Housing assignment | Date grievance response received (month, day, year) | |
| A7-106 | 05/16/2018 | |

**Facility level appeal:** On 4/10/18, I was repeatedly O.C. Pepper sprayed by who I'm told was LT Ekins while locked in my cell (A7-106) and further physically beat by Sgt Bradford, Sgt Talbott, and a few other officers during a cell extraction for complaining about E Squad members confiscation of my personal property and legal paperwork. During this assault Sgt Bradford after I was down an subdued beat me in the head and face. During this time other officers threw several punches one officer (I don't know who I was face down) grabs me by my head/hair smashing my head and face into the concrete spliting/cutting open the upper edge of my right eye lid which required stitches. During this assault I also received numerous bruises and abrasions to my face, head, ear, arms, legs, and suffered back pain and nerve damage in my left hand. During these events LT Ekins and LT Armstrong stood by and did nothing to stop or prevent this assault against me. During these events/assault I was down I was not resisting I was subdued I was presenting "NO" fight thus I was no threat to these officers. Sgt Bradford, and these other officers have engaged in excessive force against inmates in the past. I'm sure Supt. Sevier major Cornett have had this brought to their attention that these officers are conducting themselfs in this manor. A number of complaints and grievances over many months and years have been made in regards to this type of treatment. After this assault these officers further punish me with strip cell status and water restriction. Then on 4/12/18 I was placed in an observation cell that was filthy and had food, spit, excrement all over the walls, door, floor and toilet. Also unclean bedding. I was forced to sleep on for four nights all this with fresh wounds. The force used against me herein was excessive an unnecessary in violation of my 8th and 14th Amendment Right. My grievance was sent to Troy Caube an I'm not satisfied with the results at this time.

Signature of offender: James Larkin
Date signed: 5/18/18

**Facility level response:**

Your appeal has been reviewed. Facility Level 1 response is appropriate. Appeal Denied.

Signature of warden / designee: [signature]
Date signed: 5-29-18

Please check the appropriate box and return this form to the Facility Grievance Specialist.

☐ Agree with facility appeal response.

☐ Disagree with facility appeal response. Send appeal to Department Offender Grievance Manager.

Signature of offender: 
Date signed (month, day, year):

DISTRIBUTION: Copy – Facility Grievance Specialist; Copy – Department Grievance Manager; Copy – Offender Packet, Facility; Copy – Offender

IDOC0000008



## Indiana Department of Correction
### Westville Control Unit
### Offender Grievance Response Report
### Case Log #: 102042

RECEIVED MAY 17 2018 GRIEVANCE OFFICE

DOC No: 206339  **Offender Name:** James Larkin  **Bldg/Range/Bed:** A-7-106
**Current Facility:** WCU

**TOPIC:** Staff/Others - Complaints - Assault By Staff  **Incident Date:** 10-APR-18

### Response

| LEVEL | Form Issue Date | Level Receive Date | Response Date |
|---|---|---|---|
| I - Formal Grievance | | 27-APR-18 | 16-MAY-18 |

**Level Response**
In response to Grievance Log #102042, you compliant was investigated by the Office of Investigations and Intelligence due to your allegations. Your claims could not be substantiated. There is no indication that staff acted inappropriately. Grievance Denied.

_____  5/16/18
Executive Assistant           Date

James Larkin #206339    5/16/18
Student/Offender              Date

____ Agree  ✓ Disagree

16-MAY-18 08:22 AM        Page 1 of 1

IDOC0000009



# Indiana Department of Correction
## Westville Control Unit
## Offender Grievance Response Report
### Case Log #: 102042

DOC No: 206339   Offender Name: James Larkin   Bldg/Range/Bed: A-7-106
Current Facility: WCU

TOPIC: Staff/Others - Complaints - Assault By Staff   Incident Date: 10-APR-18

## Response

| LEVEL | Form Issue Date | Level Receive Date | Response Date |
|---|---|---|---|
| I - Formal Grievance | | 27-APR-18 | 16-MAY-18 |

**Level Response**

In response to Grievance Log #102042, you compliant was investigated by the Office of Investigations and Intelligence due to your allegations. Your claims could not be substantiated. There is no indication that staff acted inappropriately. Grievance Denied.

_____   5/16/18
Executive Assistant            Date

_____   _____
Student/Offender               Date

_____ Agree  _____ Disagree

16-MAY-18 08:22 AM                Page 1 of 1

IDOC0000010



**OFFENDER GRIEVANCE**
State Form 45471 (R4 / 4-17)
DEPARTMENT OF CORRECTION

RECEIVED APR 27 2018 GRIEVANCE OFFICE

**FOR OFFICIAL USE ONLY**
Grievance number: 102042

To: Troy Cambe
**Facility Grievance Specialist**
Facility: WCu
Date: 4/26/18

From (name of offender): James M. Larkin
DOC number: 206339
Signature of offender: James Larkin

Housing assignment: A7-106
Date of incident: 4/10/18

Provide a brief, clear statement of your complaint or concern.

On 4/10/18 I was repeatedly OC. peppere sprayed by who I'm told was LT Ekins while locked in my cell CA7-106 and further physically beat by Sgt. Bradford and a few other officers during a cell extraction, for complaining about E-squad members confiscation of my personal property and legal paperwork. During this assault Sgt. Bradford after I was down an subdued beat me in the head and face. During this time other officers threw several punches. One officer (don't know who I was face down) grabs me by my head/hair smashing my head and face into the concrete splitting/cutting open the upper edge of my right eye lid which required stitches. During this assault I also received numerous bruises and abrasions to my face, head, ears, arms, hands, legs and suffered back pain and nerve damage in my left hand. During these events LT. Ekins and LT Armstrong stood by and did nothing to stop or prevent this assault against me. During these events/assault I was down I was not resisting I was subdued. I was presenting NO fight thus I was no threat to these officers. Sgt. Bradford, LT Ekins, LT Armstrong an these other officers were members of the WCF Emergency Response Team. LT Ekins LT Armstrong, Sgt. Bradford and these other officers have engaged in excessive force against inmates in the past. I'm sure supt sevier, major cornett have had this brought to their attention. These officers are involved. Them sir, this more, A number of complaints and grievances over many months and years have been made in regards to this type of treatment. After this assault these officers further punished me with strip cell status, and water restriction, Then on 4/12/18 I was placed in an observation cell That was filthy and had food, spit, excrement all over the walls, door and toilet. Also un clean bedding I was forced to sleep on for four nights, All this with fresh wounds. The force used against me herein was excessive an unnecessary in violation of my 8th and 14th Amendment Rights. I filed an informal with major cornett and supt sevier and received response from cornett on 4/24/18. I am not satisfied with the results at this stage.

State the relief that you are seeking.

Provide all relief, Policy, and establish laws, mandate for physical injuries I suffered as a result of the excessive force against me and institute policies and safeguard in place to prevent these abuses herein from happening in the future.

Signature of Facility Grievance Specialist
Date: 4/27/18

IDOC0000011