UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| JAMES LARKIN,<br>    Plaintiff,<br><br>v.<br><br>SGT TALBOTT, prison guard, being sued in their individual and official capacity,<br>    Defendant. | CAUSE NO.: 4:18-CV-65-TLS |

### ORDER TO PRODUCE PRISONER

The Warden of the Wabash Valley Correctional Facility is **ORDERED** to produce **James Larkin, IDOC #206339**, in the United States District Court for the Northern District of Indiana in the United States District Courthouse, 5400 Federal Plaza, Hammond, Indiana, on

**August 26, 2024, at 8:30 a.m.**
**August 27, 2024, at 8:30 a.m.**
**August 28, 2024, at 8:30 a.m.**
**August 29, 2024, at 8:30 a.m.**
**August 30, 2024, at 8:30 a.m.**

**Central Standard Time** for a 5-day jury trial.

The escort officers designated by the Warden are **ORDERED** to comply with the direction of the United States Marshals Service and to retain custody of the prisoner at all times unless directed otherwise.

The proceeding is scheduled to conclude each day about **4:00 p.m.**, but the escort officers are **ORDERED** to remain until discharged by the Court.

The Clerk of Court is **DIRECTED** to send a copy of this order to the United States Marshals Service as well as the Warden and the Litigation Liaison of the Wabash Valley Correctional Facility, 6908 Old US Highway 41, Carlisle, Indiana, 47838.

SO ORDERED on May 7, 2024.

s/ Theresa L. Springmann
JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT