UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JAMES LARKIN, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 4:18-CV-065-PPS |
| GEOFFREY TALBOTT, | ) |
| Defendant. | ) |

## ORDER

The Court is in receipt of the parties' status report, filed August 28, 2024. [DE 151.] The parties indicate that they are "open to considering magistrate judge jurisdiction" for purposes of trial, provided a Magistrate Judge is "identified and/or assigned by the Court." *Id.* at 1. The parties are hereby advised that the magistrate previously assigned to the case, Magistrate Judge John E. Martin, would be assigned to the matter.

**ACCORDINGLY:**

The parties are **ORDERED** to file a notice indicating whether they intend to consent to the Magistrate Judge for trial, on or before **September 6, 2024**.

**SO ORDERED**.

ENTERED: August 29, 2024.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT