# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF INDIANA, HAMMOND DIVISION

| | |
|---|---|
| JAMES LARKIN., | ) |
| | ) |
| Plaintiff, | ) CASE NO. 4:18-CV-65 |
| | ) |
| v. | ) Hon. Philip P. Simon |
| GEOFFREY TALBOT, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on September 6, 2024, Counsel for Plaintiff, JAMES LARKIN, transmitted his "Consent to or Declination of the Exercise of Jurisdiction by a United States Magistrate Judge" form to the Clerk of Court for the United States District Court for the Northern District of Indiana, Hammond Division via email pursuant to this Court's Order on August 29, 2024. (Dkt. 152).

RESPECTFULLY SUBMITTED,

 s/ Elliot Slosar

Elliot Slosar
Kathryn Montenegro
LOEVY & LOEVY
311 N. Aberdeen, 3rd FL
Chicago, IL 60607
(312) 243-5900
elliot@loevy.com

## CERTIFICATE OF SERVICE

I, Elliot Slosar, an attorney, certify that on September 6, 2024, I delivered by electronic means a copy of the foregoing notice to all counsel of record.

s/ Elliot Slosar